IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

DAVID ROBERT BENTZ (#S-63210),
   PLAINTIFF,

-VS-

DOCKET NO: 18-1064-DRH

MR. MULHOLLAND,
WILLIAM QUALLS, SGT. MIKE McCLURE,
JASON FURLOW, MASON YANKEY,
DEAN GROSS, KRISTA ALLSUP,
DR. M. SIDDIQUI, DR. SHAH,
N.P. MIKE MOLDENHAUER, JACQUELINE LASHBROOK,
ALEX JONES, KELLY PIERCE,
SGT. MR. JAMES, C/O ANDERSON,
SHERRY BENTON, CHRISTA MAHNKEN,
TAMERA TURNER, R.N. HOLLY HAWKINS,
C/O T. SMITH (BADGE #4349), K. MAUE,
DERRICK THREADGILL, DEDE SHORT,
JASON WALLER, NURSE MISS. MEAR'S,
CHRISTOPHE FRITSCHE, MENARD CORRECTIONAL CENTER,
WEXFORD HEALTH SERVICE,
ILLINOIS DEPARTMENT OF CORRECTIONS,
C/O JOHN DOE #1, C/O JOHN DOE #2,
NURSE JANE DOE #5, NURSE JANE DOE #6,
NURSE JANE DOE #7, NURSE JOHN DOE #8,
NURSE JANE DOE #9, Ya. LT. MINOR. JOHN DOE #10, AND
UNIDENTIFIED JOHN AND JANE DOE'S, et al.,
   DEFENDANTS,

SCANNED AT MENARD and E-mailed
5-4-18 by PS 159 pages
date    Initials   No.

VERIFIED
CIVIL RIGHTS ACT COMPLAINT
TITLED 42, SECTION 1983 U.S. CODE

   THIS IS A CIVIL RIGHTS COMPLAINT FILED BY, DAVID ROBERT BENTZ, PRO-SE, PLAINTIFF, A STATE OF ILLINOIS PRISONER, UNDER 42 U.S.C. SECTION 1983, ALLEGING A CIVIL CONSPIRACY IN CONJUNCTION WITH UNITED STATES CONSTITUTIONAL RIGHTS VIOLATIONS UNDER THE FIRST, EIGHTH, AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION. THE PLAINTIFF ALSO ALLEGES THE TORT[S] OF NEGLIGENCE, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL AND MALICIOUS ACTION, SLANDER, ASSAULT AND BATTERY, SEXUAL ASSAULT AND BATTERY, AND OTHER[S].

MUL
1

## JURISDICTION

① THIS COURT HAS JURISDICTION OVER THE PLAINTIFF'S CLAIMS OF VIOLATIONS OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 28 U.S.C. SECTION 1331(1) AND 1343;

② THIS COURT HAS SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFF'S STATE LAW TORT CLAIMS UNDER 28 U.S.C. SECTION 1367;

③ THIS COURT HAS AUTHORITY PURSUANT TO 42 U.S.C. SECTION 1983 TO AWARD APPROPRIATE ACTUAL, CONSEQUENTIAL, COMPENSATORY, AND PUNITIVE DAMAGES, AND HAS AUTHORITY UNDER 42 U.S.C. SECTION 1988 TO AWARD ATTORNEY FEES AND COST TO SUCCESSFUL CIVIL RIGHTS PLAINTIFFS.

## PARTIES:

④ THE PLAINTIFF, DAVID ROBERT BENTZ, WAS/IS INCARSARATED AT THE MENARD CORRECTIONAL CENTER DURING THE EVENTS DESCRIBED WITHIN THIS COMPLAINT.

⑤ DEFENDANT, MULHOLLAND, IS A CORRECTIONAL OFFICER OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

⑥ DEFENDANT, WILLIAM QUALLS, IS A LIEUTENANT OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

⑦ DEFENDANT'S, FURLOW, YANKEY AND D. GROSS, ARE CORRECTIONAL OFFICERS OF MENARD CORRECTIONAL CENTER, ARE EMPLOYED AT MENARD CORRECTIONAL CENTER. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

⑧ DEFENDANT, K. ALLSUP, IS A COUNSELOR OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

⑨ DEFENDANT'S, DOCTOR M. SIDDIQUI, IS THE MEDICAL DIRECTOR OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

10. DEFENDANT, **DOCTOR, SHAH**, IS A DOCTOR OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

11. DEFENDANT, **N.P., MIKE MOLDENHAUER**, IS A NURSE PRACTITIONER OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

12. DEFENDANT, **J. LASHBROOK**, IS THE CHIEF WARDEN OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

13. DEFENDANT, **ALEX JONES**, IS THE ASSISTANT WARDEN OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

14. DEFENDANT, **KELLY PIERCE**, IS A CORRECTIONAL OFFICER OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

15. DEFENDANT, **SHERRY BENTON**, IS A INMATE ISSUES OFFICER OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, IS EMPLOYED WITH THE ILLINOIS DEPARTMENT OF CORRECTIONS. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

16. DEFENDANT'S, **CHRISTA MAHNKEN**, AND **TAMERA TURNER**, ARE MEDICAL STAFF OF MENARD CORRECTIONAL CENTER, ARE EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

17. DEFENDANT, **R.N., HOLLY HAWKINS**, IS NURSING SUPERVISOR OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

18. DEFENDANT, **MENARD CORRECTIONAL CENTER**, IS A FACILITY LOCATED WITHIN THE STATE OF ILLINOIS OF THE ILLINOIS DEPARTMENT OF CORRECTIONS.

19. DEFENDANT, **WEXFORD HEALTH SERVICE**, IS UNDER CONTRACT TO PROVIDE MEDICAL CARE FOR MENARD CORRECTIONAL CENTER AND/OR THE ILLINOIS DEPARTMENT OF CORRECTIONS, TO PRISONERS TO INCLUDE THIS PLAINTIFF.

20. DEFENDANT, **THE ILLINOIS DEPARTMENT OF CORRECTIONS**, OVERSEES FACILITIES SUCH AS MENARD CORRECTIONAL CENTER WITHIN THE STATE OF ILLINOIS.

21) DEFENDANT, C/O T. SMITH (BADGE #4349), IS AN ORANGE CRUSH (TACK) OFFICER OF BIG MUDDY RIVER CORRECTIONAL CENTER, IS EMPLOYED AT BIG MUDDY RIVER CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

22) DEFENDANT, JOHN DOE #1, IS AN ORANGE CRUSH (TACK) OFFICER (HELMENT #6) BELIEVED TO BE C/O HOLDER OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

23) DEFENDANT'S, JASON WALLER, THREAD GILL, JOHN DOE #2, FRITSCHE, AND DEDE SHORT; K. MAUE, ARE CORRECTIONAL OFFICERS/STAFF OF MENARD CORRECTIONAL CENTER, ARE EMPLOYED AT MENARD CORRECTIONAL CENTER. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES (TO INCLUDE UNDENTIFIED JOHN AND JANE DOE'S, etc(?)

24) DEFENDANT'S, NURSE JANE DOE #5, AND NURSE JANE DOE #6, ARE NURSES OF MENARD CORRECTIONAL CENTER (NU), ARE EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

25) DEFENDANT'S, NURSE JANE DOE #7 AND NURSE JOHN DOE #8, ARE NURSES AND/OR X-RAY TECH'S OF MENARD CORRECTIONAL CENTER, ARE EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. THEY ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES.

26) DEFENDANT, NURSE JANE DOE #9, IS A NURSE OF MENARD CORRECTIONAL CENTER (NU-12/05/17, 7am-3pm), IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

27) DEFENDANT, NURSE MISS MEARS (SU-03/30/18, 7am-3pm), IS A NURSE OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER THROUGH WEXFORD HEALTH SERVICE. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

27-A) DEFENDANT, SGT. MR. JAMES, IS A SERAGENT AT MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

27-B) DEFENDANT, C/O ANDERSON (TACK TEAM), IS A CORRECTIONAL OFFICER/TACK TEAM (ORANGE CRUSH) OF ██████ VIAMEA CORRECTIONAL CENTER, WHO SHOOK PLAINTIFF'S CELL DOWN ██████ (NU-6/12-MENARD) ON 11/30/17. HE/HER IS SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY.

27-C) DEFENDANT, 1/2 LT/MAJOR, JOHN DOE #10, IS AN INTERVAL AFFAIRS OFFICER LT. AND/OR MAJOR (YOUNG, SHORT HAIR, SKINNY) (INTERVIEWED PLAINTIFF ON 12/07/17) OF MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

27-D) DEFENDANT, SGT. MIKE McCLURE, IS A SERAGENT AT MENARD CORRECTIONAL CENTER, IS EMPLOYED AT MENARD CORRECTIONAL CENTER. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

ML?
4

## COLOR OF STATE LAW/JOINDER

(28) ALL THE DEFENDANTS HAVE ACTED, AND/OR CONTINUE TO ACT, UNDER COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT. THIS MULTI-CLAIM MULTI-DEFENDANT COMPLAINT IS PROPERLY JOINED WHERE THE CLAIMS DID ARISE FROM THE SAME FACTUAL SITUATION, WHERE THE CLAIMS AGAINST DEFENDANTS DID ALSO ARISE OUT OF THE SAME TRANSACTION, OCCURRENCE, OR SERIES OF TRANSACTIONS OR OCCURRENCES, AND WHERE A COMMON QUESTION OF LAW OR FACT DOES EXIST BETWEEN THE DEFENDANTS

## LAW SUITS

(29) THIS PLAINTIFF CURRENTLY HAS A CIVIL ACTION IN FEDERAL COURT RELATED TO PLAINTIFFS IMPRISONMENT AND IN THE SEVENTH (7TH) CIRCUIT AS FOLLOWED:

(A) BENTZ (V) FISCHER, #11-CV-3403, USDC/C.D.IL (SETTLED)
(B) BENTZ (V) PALMER, #12-CV-1753, USDC/N.D.IL (DISMISSED)
(C) BENTZ (V) GISH, #12-1436, USDC/S.D.IL (DISMISSED)
(D) BENTZ (V) HARDY, #12-CV-10426, USDC/N.D.IL (SETTLED)
(E) BENTZ (V) BLEDSOL, #13-CV-373, USDC/S.D.IL (PENDING)
(F) BENTZ (V) HOWELL, #13-CV-759, USDC/S.D.IL (SETTLED)
(G) BENTZ (V) HUGHS, #13-CV-1280, USDC/S.D.IL (DISMISSED)
(H) BENTZ (V) SMITH, #14-2437, 7TH CIR. (SETTLED)
(I) BENTZ (V) MALE, #14-CV-562, USDC/S.D.IL (PENDING)
(J) BENTZ (V) BUTLER, #14-CV-996, USDC/S.D.IL (DISMISSED)
(K) BENTZ (V) ATCHINSON, #14-CV-1132, USDC/S.D.IL (SETTLED)
(L) BENTZ (V) LINDENBERG, #15-CV-121, USDC/S.D.IL (PENDING)
(M) BENTZ (V) GHOSH, #16-1697, 7TH CIR. (WON)
(N) BENTZ (V) HARDY, #15-1344, 7TH CIR. (WON)
(O) BENTZ (V) MALE, #16-CV-854, USDC/S.D.IL (PENDING)
(P) BENTZ (V) GREGSON, #16-CV-1349, USDC/S.D.IL (PENDING)
(Q) BENTZ (V) GREGSON, #17-CV-15, USDC/S.D.IL (PENDING)
(R) BENTZ (V) MALE, #17-1729, 7TH CIR. (WON)
(S) BENTZ (V) GODINEZ, #17-CV-315, USDC/S.D.IL (PENDING)
(T) BENTZ (V) QUALLS, #17-1728, 7TH CIR. (PENDING)
(U) BENTZ (V) HODGE/STEG, #17-CV-654, USDC/S.D.IL (PENDING)
(V) BENTZ (V) THREADGILL, #17-CV-1384, USDC/S.D.IL (PENDING)
(W) BENTZ (V) LINDENBERG, #18-CV-11, USDC/S.D.IL (PENDING)
(X) BENTZ (V) NEWBOLD, #18-CV-17, USDC/S.D.IL (PENDING)
(Y) BENTZ (V) McGLORY, #28-CV-18, USDC/S.D.IL (PENDING)
(Z) BENTZ (V) GODINEZ, #18-1686, 7TH CIR. (PENDING)
(AA) BENTZ (V) GREGSON, #18-1273, 7TH CIR. (PENDING)

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

(30) THIS PLAINTIFF HAS EXHAUSTED ALL AVAILABLE ADMINISTRATIVE REMEDIES AS TO THE EXTENT THEY WERE MADE AVAILABLE WITH RESPECT TO ALL CLAIMS AND DEFENDANTS (SEE ET'S) MUL

5

## STATEMENT OF CLAIMS

(31) THIS IS A CIVIL RIGHTS COMPLAINT FILED BY, DAVID BENTZ, PRO-SE, A STATE OF ILLINOIS PRISONER UNDER 42 U.S.C. SECTION 1983, ALLEGING A CIVIL CONSPIRACY IN CONJUNCTION WITH UNITED STATES CONSTITUTIONAL RIGHTS VIOLATIONS UNDER THE FIRST, EIGHTH, AND FOURTEENTH AMENDMENTS. PLAINTIFF ALSO INVOKES THE SUPPLEMENTAL PENDENT JURISDICTION OF THIS COURT. THE PLAINTIFF ALSO ALLEGES THE TORTS OF NEGLIGENCE, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL AND MALICIOUS ACTION, SLANDER, ASSAULT AND BATTERY, SEXUAL ASSAULT, AND OTHER [3].

(32) THE PLAINTIFF, BENTZ, IS A LONG TERM GENERAL POPULATION PRISONER CURRENTLY BEING HOUSED AT MENARD CORRECTIONAL CENTER, A MAXIMUM SECURITY FACILITY.

(33) THE GRAVAMEN OF THIS MULTI-CLAIM COMPLAINT IS THAT BENTZ HAS BEEN CONSPICUOUSLY DENIED RIGHTS AND PRIVILEGES, SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT (AND OTHER SUCH CONSTITUTIONAL AND STATE LAW DEPRIVATIONS) DUE TO THE DEFENDANTS DENIAL OF ADEQUATE MEDICAL CARE FOR PLAINTIFF'S BROKEN LEFT HAND RING FINGER, AND SAFETY ISSUES AS DESCRIBED WITHIN THIS COMPLAINT.

(34) THE FIRST AMENDMENT PROTECTS A PRISONER'S RIGHT TO INTER ALIA, THE FREEDOM OF EXPRESSION AND COMMUNICATION.

(35) THE EIGHTH AMENDMENT, WHICH FORBIDS "CRUEL AND UNUSUAL PUNISHMENT", GOVERNS THE TREATMENT OF CONVICTED PRISONERS, DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS OF PRISONERS CONSTITUTES THE UNNECESSARY AND WANTON INFLICTION OF PAIN PROSCRIBED BY THE EIGHTH AMENDMENT.

(36) THE FOURTEENTH AMENDMENT FORBIDS THE STATE TO DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF LAW.

(37) AS A CONVICTED-SENTENCED PRISONER, THE CONSTITUTION REQUIRES PRISON AUTHORITIES TO PROVIDE PRISONERS WITH REASONABLY ADEQUATE MEDICAL CARE, THAT IS, MEDICAL SERVICES AT A LEVEL REASONABLY COMMENSURATED WITH MODERN MEDICAL SCIENCE AND OF A QUALITY ACCEPTABLE WITH PRUDENT PROFESSIONAL STANDARDS.

(38) THERE EXIST A PATTERN OF CONDUCT AMONGST CERTAIN DEFENDANTS' SHOWING A CIVIL CONSPIRACY TO DEPRIVE PRISONERS, HOUSED AT MENARD CORRECTIONAL CENTER, TO INCLUDE PLAINTIFF BENTZ, OF ACCESS TO REASONABLE ADEQUATE HEALTH CARE SERVICES, AND RETALIATION FOR FILING LAW SUITS AND GRIEVANCES.

(39) BENTZ WILL PROVIDE EVIDENCE AT TRIAL TO SUBSTANTIATE HIS CIVIL CONSPIRACY CLAIM THAT, IN FACT, SPECIFIC DEFENDANTS' HAVE BEEN DELIBERATELY INDIFFERENT TO BENTZ'S SERIOUS MEDICAL HEALTH NEEDS BY (1) DENIAL OR DELAY OF ACCESS TO TREATMENT; (2) FAILURE TO INQUIRE INTO ESSENTIAL FACTS THAT ARE NECESSARY TO MAKE A PROFESSIONAL JUDGMENT; (3) INTERFERENCE WITH MEDICAL JUDGMENT BY FACTORS UNRELATED TO PLAINTIFF'S SERIOUS MEDICAL NEEDS; (4) TO DENY MEDICAL CARE IN AN EFFORT TO COVER UP THE INJURY SUSTAINED BY THE SAFETY ISSUE OF NO HANDLES ON THE INSIDE OF CELL DOORS TO OPEN AND CLOSE THE DOOR FROM THE INSIDE OF THE CELL[S].

(40) THE PERSONS NAMED IN THIS ACTION ABSOLUTELY DO NOT HAVE IMMUNITY, WHEN THEY INFRINGE THE CONSTITUTIONAL AUTHORITY THAT PENOLOGICALLY JUSTIFIES SOUND DECISION MAKING IN THE DAILY OPERATIONS OF PRISON.

## CLAIMS:

(41) ON JULY 29, 2017, THIS PLAINTIFF WAS RETURNING FROM EVENING YARD, WHERE UPON PLAINTIFF CLOSING HIS CELL DOOR (NU-612) PLAINTIFF'S LEFT HAND SOMEHOW GOT CAUGHT WITHIN THE CELL DOOR BARS AND BROKE THIS PLAINTIFF'S LEFT HAND FOURTH FINGER (RING FINGER), AND BENT PLAINTIFF'S FINGER ABOUT 45° IN A DIRECTION IT IS NOT TO BEND. (EX#6, EX#30, P.2-3; EX#7; EX#60, P.6-7; EX#61, P.3-5; EX#60 P.3-7, EX#6)

(42) ON JULY 30, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE (NU) SICK CALL BOX A SICK CALL REQUEST HAND WRITTEN TO MEDICAL CARE FOR A BROKEN FOURTH (4TH) RING FINGER LEFT HAND (EX#1)

(43) ON AUGUST 01, 2017, THE NORTH UPPERS CELL HOUSE WENT ON LEVEL ONE LOCKDOWN UNTIL AUGUST 07, 2017, WHERE THIS PLAINTIFF WAS HOUSED (NU-612).

(44) ON AUGUST 02, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS HEALTH CARE (SICK CALL) REGARDING ABOVE SICK CALL REQUEST (PH#42, EX#1) BY DEFENDANT, NURSE JANE DOE#5, WHERE SHE TOLD THIS PLAINTIFF THAT PLAINTIFF'S FINGER LOOKED BROKEN AND THAT SHE CAN NOT SEND PLAINTIFF TO THE HEALTHCARE UNIT TO SEE A DOCTOR OR FOR X-RAYS BECAUSE DEFENDANT'S, MENARD CORRECTIONAL CENTER AND WEXFORD HEALTH SERVICE WILL NOT LET HER (NURSE JANE DOE#5) SEND PLAINTIFF TO THE HEALTH CARE UNIT BECAUSE DEFENDANT'S MENARD CORRECTIONAL CENTER AND WEXFORD HEALTH SERVICE DO NOT CONSIDER A BROKEN FINGER TO BE A SERIOUS ENOUGH ISSUE/MEDICAL NEED TO DO AN X-RAY AND/OR OTHER, AND THAT BECAUSE MENARD CORRECTIONAL WAS ON LOCKDOWN THIS PLAINTIFF WOULD HAVE TO WAIT UNTIL LOCKDOWN WAS OVER TO SEE A DOCTOR AND/OR RECEIVE X-RAYS AND THAT THIS WAS THE REASON DEFENDANT NURSE JANE DOE#5 COULD NOT SEND PLAINTIFF OVER NOW TO SEE A DOCTOR AND/OR FOR X-RAYS DO TO THIS ABOVE DESCRIBED POLICIES- (EX#2)

(45) ON AUGUST 02, 2017, DURRING ABOVE SICK CALL (PH#44) DEFENDANT, NURSE JANE DOE #5 GAVE THIS PLAINTIFF A (MAKE SHIFT SPLINT) YOUNG COMPRESSOR AND TAPE TO KEEP PLAINTIFF'S BROKEN FIRNGER STRAIT, BUT LATER THAT SAME DAY IT WAS TAKEN FROM THIS PLAINTIFF AS BELOW DESCRIBED. (EX #2)

(46) ON AUGUST 02, 2017, LATER THAT SAME DAY THE TACK TEAMS ("ORANGE CRUSH") OF THE SOUTHERN DISTRICT FACILITIES OF THE ILLINOIS DEPARTMENT OF CORRECTIONS SHOOK DOWN THE NORTH UPPERS SIX AND EIGHT GALLORY (NU-612), WHERE ORANGE CRUSH TOOK INMATES TO INCLUDE THIS PLAINTIFF TO THE CHAPEL HAND CUFFED BEHIND THE BACK WITH HEADS DOWN. (EX #6, 7, 30, 60, 61, 64, 66)

(47) UPON THIS PLAINTIFF BEING WITHIN THE CHAPEL AS ABOVE DESCRIBED (PH #46) THIS PLAINTIFF ASKED DEFENDANT, JOHN DOE #1 ORANGE CRUSH OFFICER HELMENT #62 (MSC) (BELIEVED TO BE SO HOLDER) IF PLAINTIFF COULD BE FRONT CUFFED DO TO PLAINTIFF'S BROKEN FIRNGER AND CAUSING PLAINTIFF CHRONIC PAIN BEING HAND CUFFED BEHIND THE BACK AND FORCED TO SIT IN A CHAIR PUTTING PRESSURE ON THIS PLAINTIFF'S BROKEN FIRNGER. (EX #30, 6, 7, 61, 64, 66)

(48) WHEN THIS PLAINTIFF SHOWED DEFENDANT, JOHN DOE #1 (#62) PLAINTIFF'S SPLINTED FIRNGER DEFENDANT JOHN DOE #1 TOOK PLAINTIFF'S MAKE SHIFT SPLINT (YOUNG COMPRESSOR/TAPE), WHERE THIS PLAINTIFF THEN REQUESTED OF DEFENDANT, JOHN DOE #1 (#62) TO SEE THE NURSE, BUT DEFENDANT, JOHN DOE #1 (#62) TOLD THIS PLAINTIFF TO "SHUT THE FUCK UP" AND WALKED OFF. DEFENDANT, JOHN DOE #1 REFUSED TO GET THIS PLAINTIFF ANY MEDICAL CARE. ①

(49) UPON THIS PLAINTIFF BEING RETURNED FROM THE CHAPEL TO PLAINTIFF'S CELL (NU-612) AT LEAST TWO (2) HOURS LATER, THIS PLAINTIFF FOUND OUT THAT DEFENDANT, T. SMITH (CRUSH) HAD SHOOK DOWN THIS PLAINTIFF'S CELL (NU-612) AND TAKEN PLAINTIFF'S PRESCRIBED PAIN MEDICATION FOR PLAINTIFF'S NECK INJURY AND HAD TAKEN PLAINTIFF'S EXTRA MAKE SHIFT SPLINT (YOUNG COMPRESSOR AND TAPE) THAT DEFENDANT, NURSE JANE DOE #5 GAVE THIS PLAINTIFF ERLYER THAT DAY OF AUGUST 02, 2017, AS ABOVE DESCRIBED WITHIN (PH #45) (EX #3, #73) ①

(50) ON AUGUST 02, 2017, AFTER ORANG CRUSH SHOOK DOWN, THIS PLAINTIFF SAW THE EXTRA MAKE SHIFT SPLIN AND MEDICAL TAPE/YOUNG COMPRESSOR ON THE GALLORY FLOOR JUST OUTSIDE PLAINTIFF'S CELL (NU-612), WHERE THIS PLAINTIFF STOPPED DEFENDANT, SO MULHOLLAND, AND SHOWED HIM PLAINTIFF'S BROKEN FIRNGER AND ASKED HIM TO GRAB THE YOUNG COMPRESSOR AND TAPE (MAKE SHIFT SPLINT) OFF THE 6-GALLORY FLOOR, AND THIS PLAINTIFF ALSO REQUESTED MEDICAL CARE OF SO MULHOLLAND FOR PLAINTIFF'S CHRONIC PAIN BECAUSE DEFENDANT, SO T. SMITH (CRUSH) HAD TAKEN ALL OF PLAINTIFF'S PRESCRIBED PAIN MEDICATION FOR PLAINTIFF NECK INJURY BECAUSE WITHOUT THE EMPTY LABLE THIS PLAINTIFF COULD NOT GET PRESCRIBED RE-FILL OF MEDICATION. ①

FN #1 (EXHUBTS #6, 7, 30, 60, 61, 64, 66)

(51) DEFENDANT, S/o MULHOLLAND LOOKED AT PLAINTIFF'S BROKEN FINGER AND ACKNOWLEDGED THAT THIS PLAINTIFF'S FINGER LOOKED BROKEN AND THEN TOLD THIS PLAINTIFF THAT HE (MULHOLLAND) "DID NOT HAVE TIME" AND THAT THIS PLAINTIFF "WOULD JUST HAVE TO SUFFER" THEN DEFENDANT, MULHOLLAND WALKED OFF AND REFUSED TO DO ANYTHING AT ALL FOR THIS PLAINTIFF'S SERIOUS MEDICAL NEEDS.①

(52) ON AUGUST 03, 2017, THIS PLAINTIFF'S CELL HOUSE (NU-612) WAS STILL ON LEVEL ONE LOCKDOWN, WHERE DEFENDANT, S/o MULHOLLAND WAS PASSING OUT LUNCH TRAYS ON PLAINTIFF'S GALLORY (NU-612), WHEN MULHOLLAND GAVE THIS PLAINTIFF HIS TRAY, PLAINTIFF AGAIN REQUESTED OF DEFENDANT, MULHOLLAND FOR MEDICAL CARE FOR PLAINTIFF'S BROKEN RING FINGER, AND RE-ASTRIVATED NECK INJURY DO TO CRUSH SHAKEDOWN THE DAY BEFORE, WHERE DEFENDANT MULHOLLAND STARTED TO THREATEN THIS PLAINTIFF OF FURTHER AND/OR FUTURE RETALIATION (ie. BOGAS DISCIPLINARY ACTION AND OTHER) IF THIS PLAINTIFF KEPT ASKING FOR MEDICAL CARE. DEFENDANT, MULHOLLAND WENT ON TO TELL THIS PLAINTIFF THAT PLAINTIFF WOULD NOT BE RECEIVING ANY MEDICAL CARE BECAUSE PLAINTIFF LIKES TO SUE CORRECTIONAL OFFICERS, WHERE DEFENDANT, MULHOLLAND NEVER GOT PLAINTIFF MEDICAL CARE AND DID NOT TRY TO GET PLAINTIFF ANY MEDICAL CARE AT ALL.①

(53) ON AUGUST 03, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS SIX GALLORY'S (NU-612) INSTITUTIONAL MAIL ADDRESSED TO THE HEALTHCARE UNIT ANOTHER MEDICAL REQUEST SLIP (HAND WRITTEN) REGARDING PLAINTIFF'S BROKEN FOUTH RING FINGER AND ORANGE CRUSH DEFENDANT, S/o T. SMITH TAKING THIS PLAINTIFF'S PRESCRIBED MEDICATION FOR PLAINTIFF'S NECK INJURY, AND PLAINTIFF'S TOUNG COMPRESSOR AND TAPE (MAKE SHIFT SPLINT) FOR PLAINTIFF'S BROKEN RING FINGER, ALONG WITH ORANGE CRUSH RE-ASTRIVATING THIS PLAINTIFF'S NECK INJURY, AND PLAINTIFF NOT BEING ABLE TO GET MEDICATION RE-FILLED BECAUSE ORANGE CRUSH DEFENDANT, S/o T. SMITH TOOK WHAT PLAINTIFF NEEDED IN ORDER TO TURN IN FOR MEDICATION RE-FILLS (EX#4)①

(54) ON AUGUST 06, 2017, THIS PLAINTIFF WAS SEEN BY DEFENDANT, NURSE JANE DOE #5 IN THE NORTH UPPERS CELL HOUSE HEALTHCARE AS A RESULT OF PLAINTIFF'S MEDICAL REQUEST SLIP (PH#53, EX#4), WHERE SHE GAVE THIS PLAINTIFF A 3-DAY SUPPLY OF I.B.U.'S (300mg) TO HOLD PLAINTIFF OVER BECAUSE IT WOULD BE A WHILE BEFORE THIS PLAINTIFF WOULD BE SEEN BY A DOCTOR AND/OR GET X-RAYS BECAUSE THE TWO (2) DOCTORS ARE NEVER "HEAR" (AT MENARD CORRECTIONAL CENTER).

(55) ON AUGUST 07, 2017, DEFENDANT, K. ALLSUP MADE ROUNDS (NU-612), WHERE THIS PLAINTIFF INFORMED ALLSUP OF ALL ABOVE MEDICAL ISSUES AND EVENTS REGARDING PLAINTIFF'S BROKEN RING FINGER AND RE-ASTRIVATED NECK INJURY, AND REQUESTED OF DEFENDANT, K. ALLSUP FOR MEDICAL CARE. DEFENDANT ALLSUP TOLD THIS PLAINTIFF THAT PLAINTIFF WAS NOT ENTITLED TO ANY MEDICAL CARE THEN ALLSUP WALKED OFF AND REFUSED TO DO ANYTHING FOR THIS PLAINTIFF. (EX#7)①

MUL
9

56. ON AUGUST 10, 2017, THIS PLAINTIFF AGAIN REQUESTED MEDICAL CARE FOR PLAINTIFF'S BROKEN RING FINGER AND RE-AGRIVATED NECK ISSUES OF DEFENDANT'S, SGT. McCLURE, C/O MULHOLLAND, C/O JOHN DOE #2, AND OTHER UNIDENTIFIED JOHN AND JANE DOE's, et al., ALL TO NO AVAIL. ①

57. ON AUGUST 11, 2017, DEFENDANT, C/O MULHOLLAND WAS PASSING OUT CALL LINE PASSES, AT ABOUT 7:30AM, WHERE UPON MULHOLLAND COMING TO THIS PLAINTIFF'S CELL (NU-61), THIS PLAINTIFF AGAIN REQUESTED OF MULHOLLAND FOR MEDICAL CARE FOR PLAINTIFF'S BROKEN FINGER AND RE-AGRIVATED NECK INJURY. DEFENDANT MULHOLLAND REFUSED TO DO ANYTHING FOR THIS PLAINTIFF AND THEN TOOK PLAINTIFF'S TWO (2) CALL PASS SLIPS AND WODDED THEM UP AND THROUGH THEM BOTH AT THIS PLAINTIFF'S HEAD/FACE. ①

58. LATER THAT SAME DAY OF AUGUST 11, 2017, AT ABOUT 8:30AM DEFENDANT, C/O MULHOLLAND WAS ESCORTING THIS PLAINTIFF FROM THE NORTH UPPER'S CELL HOUSE TO THE CHAPEL FOR A LEGAL CALL, WHERE AGAIN THIS PLAINTIFF REQUESTED OF C/O MULHOLLAND FOR MEDICAL CARE FOR PLAINTIFF'S BROKEN FINGER AND NECK ISSUES, C/O MULHOLLAND THEN STARTED TO THREATEN THIS PLAINTIFF WITH SEGREGATION IF PLAINTIFF ASKED HIM (MULHOLLAND) ONE MORE "FUCKING TIME FOR MEDICAL CARE" BECAUSE MULHOLLAND WAS "NOT GOING TO DO SHIT" FOR THIS PLAINTIFF. ①

59. ON AUGUST 11, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPER'S CELL HOUSE INSTITUTIONAL MAIL BOX AN EMERGANCY GRIEVANCE IN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, WARDEN, J. LASHBROOK. (EX #6)

60. ON AUGUST 11, 2017, THIS PLAINTIFF ALSO PLACED A SECOND GRIEVANCE WITHIN THE NORTH UPPER'S CELL HOUSE COUNSELOR/GRIEVANCE BOX AN NON-EMERGANCY GRIEVANCE ALMOST IDENTICAL TO ABOVE (PH #59) IN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, K. ALLSUP (COUNSELOR) (EX #2)(EX #30)

61. FROM JULY 29, 2017, THROUGHOUT AUGUST 11, 2017, THIS PLAINTIFF HAS CONTINUALLY REQUESTED MEDICAL CARE FOR PLAINTIFF'S BROKEN LEFT RING FINGER, CHRONIC PAIN, RE-AGRIVATED NECK INJURY, AND OTHER MEDICAL NEEDS, SAID REQUEST WERE MADE TO DEFENDANT'S, SGT. McCLURE, C/O MULHOLLAND, C/O FURLOW, C/O YANKEY, C/O D. GROSS, K. MAUE, K. ALLSUP, C/O JOHN DOE #2, D. THREADGILL, NURSE JANE DOE #5 AND OTHER UNIDENTIFIED JOHN AND JANE DOE's, et al., ALL TO NO AVAIL. ①

62. ON AUGUST 12, 2017, AT ABOUT 9:30AM, THIS PLAINTIFF AGAIN REQUESTED OF DEFENDANT, C/O MULHOLLAND, FOR MEDICAL CARE FOR PLAINTIFF'S BROKEN RING FINGER AND NECK ISSUES, WHERE MULHOLLAND ONCE AGAIN THREATENED THIS PLAINTIFF WITH SEGREGATION AND A BOGAS/FAULS DISCIPLINARY TICKET/SANCTIONS, IF PLAINTIFF KEPT COMPLAINING AND REQUESTING MEDICAL CARE. ①

MUL
10

(63) ON AUGUST 14, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX TO HEALTHCARE UNIT A MEDICAL REQUEST SLIP (HAND WRITTEN) REQUESTING CARE FOR PLAINTIFF'S BROKEN RING FINGER, RE-FILL OF PAIN MEDICATION (PRESCRIBED) FOR NECK INJURY, AND TO SEE A DOCTOR, ECT... (EX#8)

(64) ON AUGUST 15, 2017, AS A DIRECT RESULT OF THIS PLAINTIFF'S MEDICAL REQUEST SLIP DATED AUGUST 14, 2017 (PH#63, EX#8), PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS HEALTHCARE BY DEFENDANT, NURSE JANE DOE#6, FOR PLAINTIFF'S BROKEN RING FINGER, NECK ISSUES, AND NOT RECEIVING PRESCRIBED PAIN MEDICATION RE-FILLS, WHERE DEFENDANT, NURSE JANE DOE#6, TOLD THIS PLAINTIFF "IT'S A BROKEN FINGER THEIR NOT GOING TO DO ANYTHING ABOUT IT!". THIS PLAINTIFF REQUESTED SOME PAIN MEDICATION (I.B.U.'S), BUT NURSE JANE DOE#6 SIMPLY REFUSED TO DO ANYTHING FOR PLAINTIFF AT ALL. ①

(65) ON AUGUST 16, 2017, THIS PLAINTIFF RECEIVED A MEDICAL CALL PASS TO SEE DEFENDANT, NURSE PRACTITIONER, MOLDENHAUER, WITHIN THE NORTH UPPERS CELL HOUSE HEALTHCARE AT ABOUT 7:30AM, BUT WHEN THIS PLAINTIFF WENT TO THE CELL HOUSE HEALTHCARE DEFENDANT, C/O D. GROSS, WOULD NOT LET THIS PLAINTIFF SEE DEFENDANT, MOLDENHAUER, FOR THE SOUL REASON TO DENY PLAINTIFF OF MEDICAL CARE AND SENT PLAINTIFF BACK TO PLAINTIFF'S CELL (N4-6/3). (EX#10) ①

(66) ON AUGUST 16, 2017, THIS PLAINTIFF ALSO RECEIVED A CALL PASS FOR LEGAL EXCHANGE WITHIN PERSONAL PROPERTY FOR 8:00AM DO TO PLAINTIFF'S SEVERAL COURT DEADLINES, WHERE PLAINTIFF WAS TOLD BY DEFENDANT, C/O K. MAUE , TO GO TO LEGAL EXCHANGE AND THAT PLAINTIFF WOULD BE SEEN IN THE NORTH UPPERS CELL HOUSE HEALTHCARE FOR PLAINTIFF'S CALL PASS (PH#65, EX#10) WHEN PLAINTIFF RETURNED FROM HIS LEGAL EXCHANGE CALL PASS (CANCEL), BUT WHEN THIS PLAINTIFF RETURNED FROM LEGAL EXCHANGE AT ABOUT 9:00AM PLAINTIFF REQUESTED OF DEFENDANT, C/O K. MAUE IF PLAINTIFF COULD GO SEE DEFENDANT, NURSE PRACTITIONER, MOLDENHAUER, FOR PLAINTIFF'S EARLIER CALL PASS AS DEFENDANT, C/O K. MAUE , HAD TOLD PLAINTIFF HE WOULD BE ABLE TO DO, BUT C/O K. MAUE REFUSED TO ALLOW THIS PLAINTIFF TO SEE DEFENDANT, MOLDENHAUER FOR PLAINTIFF'S MEDICAL CALL PASS, WHERE PLAINTIFF RECEIVED NO MEDICAL CARE AND WAS DENIED (PH#65, EX#7). (EX#9, 10, 11) ①

(67) ON AUGUST 16, 2017, LATER THAT DAY THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX TO HEALTH CARE UNIT A MEDICAL REQUEST SLIP (HAND WRITTEN) REQUESTING MEDICAL CARE FOR; CHRONIC PAIN, SWELLING, AND OTHER TO PLAINTIFF'S RE-AGRIVATED NECK INJURY, ORANGE CRUSH TAKING PLAINTIFF'S PRESCRIBED PAIN MEDICATION FOR PLAINTIFF'S NECK INJURY AND OTHER MEDICAL THINGS PREVENTING PLAINTIFF FROM BEING ABLE TO GET PRESCRIPTION RE-FILLS; ALSO THIS BROKEN RING FINGER CAUSING PLAINTIFF CHRONIC PAIN (EX#12, 13)

(68) ON AUGUST 18, 2017, DEFENDANT, ASSISTANT WARDEN, ALEX JONES, DENIED THIS PLAINTIFF'S EMERGANCY GRIEVANCE DATED AUGUST 11, 2017, (CANCEL) FOR MEDICAL CARE FOR PLAINTIFF'S BROKEN RING FINGER AND OTHER ISSUES, WHERE IN DOING SO ALEX JONES DENIED THIS PLAINTIFF OF MEDICAL CARE FOR PLAINTIFF'S SERIOUS MEDICAL NEEDS AND CHRONIC PAIN AS DESCRIBED WITHIN SAID GRIEVANCE (EMERGENCY GRIEVANCE) (EX#6)

MUL
11

(69) ON AUGUST 18, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS CELL HOUSE HEALTH CARE BY DEFENDANT, **NURSE JANE DOE #6**, WHERE SHE TOLD THIS PLAINTIFF THAT SHE DID NOT KNOW WHY DEFENDANT'S, **DR. SIDDIQUI**, AND/OR DEFENDANT, **DR. SHAH**, AND/OR ANYONE FOR THAT MATTER WOULD NOT SEE THIS PLAINTIFF FOR PLAINTIFF'S BROKEN FINGER AND/OR RE-AGRIVATED NECK INJURY, AND OTHER MEDICAL ISSUES, BUT DEFENDANT, **NURSE JANE DOE #6** STATED SHE WOULD PUT THIS PLAINTIFF IN TO SEE THE DOCTOR, WHERE NOTHING ELS WAS DONE {ie NO PAIN MEDS, INS}. ①

(70) ON AUGUST 20, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX ANOTHER MEDICAL REQUEST SLIP (HAND WRITTEN) TO HEALTH CARE FOR PLAINTIFF'S "① BROKEN LEFT RING FINGER (X-RAY ECT...) ② CHRONIC NECK PAIN, SWELLING, ECT... (M.R.I, ECT...)..., "...③ RE-FILL OF I.B.U's PRESCRIPTION FROM OVER 3-WEEKS AGO TO NO AVAIL; ④ ALL ABOVE HAVE BEEN DENIED OF/REFUSED CARE FOR AT LEAST 3-WEEKS DISPITE CONTINUED/COUNTLESS REQUEST FOR CARE." (EX #14)

(71) ON AUGUST 22, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPER'S CELL HOUSE SICK CALL BOX ANOTHER MEDICAL REQUEST SLIP (HAND WRITTEN) TO HEALTHCARE FOR PLAINTIFF'S BROKEN RING FINGER, RE-AGRIVATED NECK INJURY, CHRONIC PAIN, PRESCRIBED PAIN MEDICATION RE-FILL FOR NECK INJURY, ALL TO NO AVAIL. (EX #15)

(72) ON AUGUST 23, 2017, THIS PLAINTIFF WENT TO LEGAL EXCHANGE WITHIN MAIN PROPERTY, THEN TO THE CHAPEL FOR A LEGAL CALL, WHERE AFTER THIS PLAINTIFF'S LEGAL CALL PLAINTIFF WAS BEING ESCORTED FROM THE CHAPEL (LEGAL CALL) BACK TO THE NORTH UPPERS CELL HOUSE BY DEFENDANT, **C/O FURLOW**. ON THE WAY BACK TO THE NORTH UPPERS CELL HOUSE THIS PLAINTIFF AGAIN REQUESTED OF **C/O FURLOW** TO TAKE THIS PLAINTIFF TO HEALTH CARE FOR PLAINTIFF'S BROKEN RING FINGER, RE-AGRIVATED NECK INJURY, AND OTHER MEDICAL RELATED ISSUES BECAUSE WE WERE PASSING RIGHT BY THE MAIN HEALTH CARE UNIT AND MEDICAL ISSUES ARE CHRONIC ALLOWING **C/O FURLOW** TO BE ABLE TO TAKE THIS PLAINTIFF TO HEALTH CARE, BUT INSTEAD OF GETTING THIS PLAINTIFF MEDICAL CARE FOR PLAINTIFF'S SERIOUS MEDICAL NEEDS DEFENDANT, **C/O FURLOW** STARTED TO THREATEN THIS PLAINTIFF FOR REQUESTING MEDICAL CARE AND TOLD THIS PLAINTIFF THAT PLAINTIFF SHOULD NOT HAVE FILED THAT GRIEVANCE "DATED AUGUST 11, 2017 (SEE: PH # 57, 60) ①

(73) WHEN DEFENDANT, **C/O FURLOW** AND THIS GRIEVANT RETURNED TO THE NORTH UPPERS CELL HOUSE FROM THE LEGAL CALL (PH #71) **C/O FURLOW** STARTED TO FOLLOW THIS PLAINTIFF UP STAIRS TO SIX (6) GALLERY ALL THE WAY FROM CELL NU-654 TO THIS PLAINTIFF'S CELL NU-612 **C/O FURLOW** CONTINUED TO THREATEN TO "BEAT" THIS PLAINTIFF'S ASS AND "FUCK" THIS PLAINTIFF UP ALL THE WAY DOWN THE ENTIRE NORTH UPPERS CELL HOUSE'S SIX GALLERY IN FRONT OF THE ENTIRE SIX (6) AND EIGHT (8) GALLERY IF THIS PLAINTIFF CONTINUED TO FILE ANYMORE GRIEVANCES OR REQUESTED ANY MEDICAL CARE AGAIN, WHERE DEFENDANT, **C/O FURLOW** TOLD THIS GRIEVANT IN A LOUD ALMOST YELLING VOICE TO "FUCKING FILE ANOTHER LAW SUIT BITCH AND YOU'LL WIND UP DEAD LIKE THAT GUY IN NORTH TWO" CELL HOUSE. {NOTE: ON JULY 16, 2017, AN INMATE WAS BEATEN TO DEATH "MURDERED" BY MENARD CORRECTIONAL OFFICERS/STAFF}. ①

MUL
12

(74) LATER THAT SAME DAY (PH#72,73) OF AUGUST 23, 2017, AT ABOUT 11:00AM SHORTLY AFTER ABOVE DESCRIBED INCIDENTS (PH# 72, 73) THE NORTH UPPERS CELL HOUSE WAS BEING RAN OUT TO THE YARD WHERE THIS PLAINTIFF'S GALLORY SIX (6) WAS BEING LET OUT FOX YARD, THIS PLAINTIFF PROCEEDED TO GO OFF THE GALLORY TO YARD WITH THE REST OF THE INMATES. WHEN PLAINTIFF GOT TO THE END OF THE GALLORY BY CELL #654 DEFENDANT, C/O FURLOW STOPPED THIS PLAINTIFF AND AGAIN STARTED TO THREATEN, HARASS, RETALIATE, AND ASSAULT THIS PLAINTIFF AND REFUSED TO ALLOW THIS PLAINTIFF TO GO TO YARD. ⊕

(75) AFTER THE INMATE OF NORTH UPPERS SIX (6) GALLORY CELL HOUSE (PH#74) WERE ALL OFF THE GALLORY (BUT BEFORE ABOVE EIGHT(8) GALLORY WAS RAN OUT WHICH LOOKS DOWN ON SIX (6) GALLORY) DEFENDANT'S, C/O FURLOW AND DEFENDANT, C/O FRITSCHE ESCORTED THIS PLAINTIFF BACK TO PLAINTIFF'S CELL (NU-612), WHERE THE ENTIRE TIME FROM CELL NU-654 ALL THE WAY TO CELL NU-612 THE DEFENDANT, C/O FRITSCHE WAS WALKING ABOUT TEN (10) FEET IN FRONT OF THIS PLAINTIFF WITH DEFENDANT, C/O FURLOW RIGHT BEHIND THIS PLAINTIFF PUSHING AND SHOVING THIS PLAINTIFF, AND PUNCHING PLAINTIFF IN THE BACK, AND GROPPING/GRABING THIS PLAINTIFF'S ASS AT LEAST TWO (2) TIMES, AND ALL THE WAY FROM THE NU-654 CELL TO THE NU-612 CELL (PLAINTIFFS CELL) DEFENDANT, C/O FURLOW WAS ALSO BRUSHING AND BUMPING THIS PLAINTIFF IN THE BACK WITH HIS BODY AND OTHER. ⊕

(76) AFTER DEFENDANT, C/O FRITSCHE HAD OPENED PLAINTIFF'S CELL NU-612 DOOR AND PLAINTIFF WAS LOCKED WITHIN HIS CELL NU-612 DEFENDANT C/O FURLOW CONTINUED TO THREATEN TO BEAT THIS PLAINTIFF'S ASS. THEN C/O FRITSCHE, AND C/O FURLOW LEFT TO GO RUN THE ABOVE EIGHT GALLORY OUT TO YARD, AFTER EIGHT GALLORY WAS RAN OUT TO YARD C/O FRITSCHE WHILE PASSING THIS GRIEVANTS CELL NU-612 ASKED PLAINTIFF WHAT THAT WAS ALL ABOUT (REFERING TO C/O FURLOW THREATING THIS PLAINTIFF) BUT DEFENDANT, C/O FRITSCHE DID NOT STOP AND KEPT ON WALKING. ⊕

(77) ABOUT TWO (2) HOURS LATER AROUND 2PM AFTER YARD WAS OVER AND THE NORTH UPPERS CELL HOUSE SIX GALLORY WAS RAN (RETURNED) FROM YARD DEFENDANT, C/O FURLOW AGAIN FOR NO REASON AT ALL CAME TO THIS PLAINTIFF'S CELL NU-612 AND AGAIN STARTED TO THREATEN, ASSAULT THIS PLAINTIFF WITH EXCESSIVE FORCE AND OTHER CALLING THIS PLAINTIFF A "BITCH" AND MAKING SEXUAL GESTURES TO THIS PLAINTIFF ⊕

(78) ON AUGUST 24, 2017, AT ABOUT 9:00AM THIS PLAINTIFF WAS ON A SIX (6) GALLORY LUNCH LINE MOVEMENT (NU-612), WHERE UPON PLAINTIFF EXITING THE GALLORY DEFENDANT'S C/O FURLOW AND OTHER UNIDENTIFIED JOHN DOE'S, et al, STARTED TO THREATEN TO ASSAULT THIS PLAINTIFF. ⊕

**79** ON AUGUST 24, 2017, AT ABOUT 10:00am THIS PLAINTIFF WAS ON A HEALTH CARE CALL PASS WITHIN THE NORTH UPPERS CELL HOUSE (EX #16), WHERE WHILE PLAINTIFF WAS WAITING TO BE SEEN DEFENDANT, C/O FURLOW ENTERED INTO THE NORTH UPPERS HEALTH CARE AND AGAIN STARTED TO THREATEN TO BEAT PLAINTIFF'S ASS AND ASSAULT PLAINTIFF, AND STARTED TO AGAIN MAKE SEXUAL GESTURES TO THIS PLAINTIFF, WHERE WITHOUT ANY KIND OF PROVOKTION FROM THIS PLAINTIFF OTHER UNIDENTIFIED JOHN DOE'S, etal, DEFENDANTS ALSO STARTED TO DO THE SAME AS C/O FURLOW TO THIS PLAINTIFF. ⓪

**80** ON AUGUST 24, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS CELL HOUSE BY DEFENDANT, NURSE PRACTITIONER, MOLDENHAUER REGARDING PLAINTIFF'S BROKEN RING FINGER, RE-AGRIVATED NECK ISSUES, NOT RECIEVING PRESCRIBED MEDICATION FOR PLAINTIFF'S NECK INJURY, AND OTHER MEDICAL RELATED ISSUES, WHERE PLAINTIFF HAD NOT RECEIVED CARE FOR AT LEAST THE LAST THREE AND A HALF (3½) WEEKS. (EX #16) ⓪

**81** ON AUGUST 24, 2017, DURING ABOVE (PH #79,#80) HEALTHCARE PASS DEFENDANT, MOLDENHAUER TOLD THIS PLAINTIFF THAT HE (MOLDENHAUER) SUGESTED FOR PLAINTIFF NOT TO GET A X-RAY OF PLAINTIFF'S BROKEN RING FINGER BECAUSE DEFENDANT'S, WEXFORD HEALTH SERVICE AND/OR MENARD CORRECTIONAL CENTER AND THE DOCTOR'S (DEFENDANTS, DR. SHAH, AND/OR DR. SIDDIQUI), OR THE ILLINOIS DEPARTMENT OF CORRECTIONS (DEFENDANT) WILL NOT DO ANYTHING FOR PLAINTIFF'S BROKEN FINGER. AFTER THIS PLAINTIFF KEPT BUGING DEFENDANT, MOLDENHAUER FOR X-RAYS MOLDENHAUER TOLD THIS PLAINTIFF THAT HE (MOLDENHAUER) WOULD PUT PLAINTIFF IN FOR X-RAY'S JUST FOR PLAINTIFFS PERSONAL SATISFACTION, BUT MOLDENHAUER SAID IT DID NOT MATTER BECAUSE THEY STILL WOULD NOT DO ANYTHING FOR PLAINTIFFS BROKEN FINGER, DEFENDANT, MOLDENHAUER THEN TOLD PLAINTIFF THAT HE (MOLDENHAUER) WOULD PRESCRIB PLAINTIFF SOME PAIN MEDICATION AND MUSLE RELAXERS FOR PLAINTIFF'S NECK INJURY. ⓪

**82** ON AUGUST 24, 2017, AT ABOUT 1:15pm DEFENDANT, C/O FURLOW AGAIN CAME TO THIS PLAINTIFF'S CELL WHILE PLAINTIFF'S CELL MATE WAS AT CHAPEL AND BEGAN TO THREATEN TO BEAT THIS PLAINTIFF'S ASS AND THREATNING TO ASSAULT THIS PLAINTIFF, FOR NO REASON AT ALL. ⓪

**83** ON AUGUST 25, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE COUNSELER/GRIEVANCE BOX PLAINTIFF'S EMERGANCY GRIEVANCE DATED AUGUST 11, 2017 (PH #59) REGARDING PLAINTIFF'S BROKEN RING FINGER, AND OTHER ISSUES, WHERE SAID GRIEVANCE WAS DENIED AS AN EMERGANCY GRIEVANCE BY DEFENDANT, ASSISTANT WARDEN, ALEX JONES, DENING PLAINTIFF OF ADEQUATE ⓪ CARE FOR CHRONIC/SERIOUS MEDICAL NEEDS, AND OTHER AS DESCRIBED WITHIN SAID GRIEVANCE

**84** ON AUGUST 25, 2017, THIS PLAINTIFF ALSO PLACED A PHOTO COPIED GRIEVANCE OF ABOVE STATED GRIEVANCE DATED AUGUST 11, 2017 (PH #83) WITHIN MENARD'S INSTITUTIONAL MAIL U.S. POSTAGE TO THE ADMINISTRATIVE REVIEW BOARD FOR APPEAL OF EMERGANCY GRIEVANCE AS POLICY STATES THIS PLAINTIFF CAN/IS TO DO UPON DENIAL OF CHIEF ADMINISTRATOR'S RESPONCE OF EMERGANCY GRIEVANCES ⓪

MUL
14

(85) ON AUGUST 26, 2017, THIS PLAINTIFF RECEIVED A FIVE (5) MONTH PRESCRIPTION FOR 7.5mg OF MELOXICAM (GENERIC FOR: MOBIC) CONSISTING OF THIRTY (30) TABLETS TO BE TAKEN ONE (1) TIME PER DAY THAT WERE GIVEN TO PLAINTIFF BY A DOE NURSE ON THE 3pm-11pm SHIFT WHO PASSED OUT MEDICATION WITHIN THE NORTH UPPERS CELL HOUSE, WHERE THIS PLAINTIFF SIGNED A RECEIPT OF ONE MONTH OF ABOVE MEDICATION TO BE RE-FILLED ON 09/16/17 (NU-612).

(86) ON AUGUST 28, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE COUNSELORS BOX A GRIEVANCE WITHIN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, COUNSELOR, K. ALLSUP, A NON-EMERGENCY GRIEVANCE PER. "EXCESSIVE FORCE; ASSAULT AND BATTERY; RETALIATION; DENIAL OF MEDICAL CARE; CONSPIRACY; STATE LAW VIOLATIONS; SEXUAL HARASSMENT; STATE AND FEDERAL CONSTITUTIONAL RIGHTS VIOLATIONS; AND OTHER." ①

(87) ON AUGUST 28, 2017, THIS PLAINTIFF ALSO PLACED WITHIN THE NORTH UPPERS CELL HOUSE INSTITUTIONAL MAIL/WARDENS BOX A EMERGENCY GRIEVANCE WITHIN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, WARDEN, J. LASHBROOK (GRIEVANCE ADDRESSED IN SAME MANNER) IDENTICAL IN CONTENT AS ABOVE (PH#86) BUT MARKED AS EMERGENCY ①

(88) ON AUGUST 28, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE'S SICK CALL BOX A MEDICAL REQUEST SLIP (HANDWRITTEN) TO HEALTHCARE PER. "SAW NP, (MOLDENHAUER)" HE PRESCRIBED ME MUSLE RELAXERS AND MOBIC (MELOXICAM). I HAVE NOT RECEIVED ANY MUSLE RELAXERS, AND THE MOBIC I WANT CHANGED BACK TO I.B.U.'s 600mg, 3X'S PER DAY, DO TO THIS MOBIC INFLAMING MY NECK INJURY FOR SOME REASON AND NOT WORKING AT ALL FOR ME (FOR MY NECK OR BROKEN FIRNGER, PAIN) "(EX# 17) (ALSO SEE; PH#80, #81)

(89) ON AUGUST 28, 2017, THIS PLAINTIFF WAS ON A NU-6-GALLORY LUNCH LINE MOVEMENT, WHERE AT THE END OF SIX GALLORY (BY NU-654) DEFENDANT, C/O YANKEY STARTED TO THREATEN THIS PLAINTIFF WITH EXCESSIVE FORCE, AND ALSO SEXUALLY HARASS THIS PLAINTIFF, WHERE WHEN THIS PLAINTIFF HAD PROCEEDED TO EXIT THE CELL HOUSE UPON PASSING THE NU-SGT-CAGE DEFENDANT, C/O FURLOW ALSO THREATENED THIS PLAINTIFF WITH EXCESSIVE FORCE AND ALSO SEXUALLY HARASSED THIS PLAINTIFF, BOTH ABOVE INCIDENTS WERE WITHOUT ANY KIND OF PROVOKTION FROM THIS PLAINTIFF. ①

(90) ON AUGUST 29, 2017, THIS PLAINTIFF RECEIVED A HEALTHCARE CALL PASS FOR 7:30am IN MAIN HEALTHCARE FOR X-RAYS OF PLAINTIFF'S BROKEN RING FIRNGER, WHERE THIS PLAINTIFF WAS LET OUT OF HIS CELL AND SENT DOWN STAIRS TO WAIT IN THE NORTH UPPERS CELL HOUSE BULL PIN, BEFORE THE NU-6-GALLORY GYM LINE WAS RAN (1ST STAFF WAS LETTING THE GYM LINE OUT RIGHT AFTER PLAINTIFF LEFT THE GALLORY), UPON THIS (ABOUT 7:38am) PLAINTIFF EXITING THE NORTH UPPERS SIX GALLORY BY CELL 654 DEFENDANT'S C/O FURLOW, C/O YANKEY, AND TWO OTHER UNIDENTIFIED JOHN DOE C/O'S WERE WAITING FOR THE NORTH UPPERS SIX GALLORY GYM LINE TO BE LET OUT FOR GYM THIS PLAINTIFF IN PASSING ABOVE SAID DEFENDANTS' THE DEFENDANT'S JOINTLY STARTED TO THREATEN TO BEAT THIS PLAINTIFF'S ASS AND STARTED TO SEXUALLY HARASS THIS PLAINTIFF WITHOUT ANY PROVOKTION FROM THIS PLAINTIFF. (EX#18) ①

AUL
15

**(91)** LATE THAT SAME DAY OF AUGUST 29, 2017, AT ABOUT 8:15AM AFTER THE GYM LINE WAS RAN TO GYM, THIS PLAINTIFF WAS TAKE TO THE MAIN HEALTHCARE UNIT FOR X-RAYS OF PLAINTIFF'S BROKEN RING FINGER, WHERE DEFENDANT, NURSE JANE DOE #7, TOOK TWO (2) X-RAYS (VIEWS) OF PLAINTIFF'S LEFT HAND RING FINGER, AND INFORMED PLAINTIFF THAT PLAINTIFF'S RING FINGER WAS BROKEN AND THAT THERE WAS A PIECE OF BONE CHIPPED OFF IN PLAINTIFF'S FINGER "LOOSE". DEFENDANT, NURSE JANE DOE #7, THEN SPLINTED PLAINTIFF'S BROKEN RING FINGER WITH A MAKE SHIFT SPLINT CONSISTING OF A TOUNGH COMPRESSOR AND SOME TAPE AND TOLD PLAINTIFF THAT SHE WOULD TRY TO GET A HOLD OF DEFENDANT, NURSE PRACTITIONER, MOLDENHAUER, TO SEE WHAT MOLDENHAUER WANTED TO DO. (EX #19; PH #90) ①

**(92)** DURING PLAINTIFF'S VISIT FOR X-RAYS ON AUGUST 29, 2017, THIS PLAINTIFF ASKED DEFENDANT, NURSE JANE DOE #7 IF SHE WOULD ASK DEFENDANT, MOLDENHAUER TO CHANGE PLAINTIFF'S PRESCRIPTION FOR MELOXICAM (GENERIC FOR: MOBIC) BACK TO 600mg I.B.U.'S, 3X PER DAY BECAUSE THE MELOXICAM WAS INFLAMING PLAINTIFF'S NECK INJURY AND NOT DOING ANYTHING FOR PLAINTIFF. THIS PLAINTIFF ALSO INFORMED DEFENDANT, NURSE JANE DOE #7, THAT PLAINTIFF NEVER RECEIVE THE MUSLE RELAXERS THAT DEFENDANT, MOLDENHAUER, TOLD PLAINTIFF THAT HE (MOLDENHAUER) WOULD PRESCRIBE THIS PLAINTIFF, WHERE DEFENDANT, NURSE JANE DOE #7, THEN REVIEWED PLAINTIFF'S MEDICAL RECORDS AND INFORMED PLAINTIFF THAT MOLDENHAUER DID NOT ORDER ANY MUSLE RELAXER AND THAT SHE (NURSE JANE DOE #7) WOULD ASK MOLDENHAUER ABOUT THE MUSLE RELAXERS AND OTHER ABOVE ISSUES AS SOON AS SHE COULD GET IN CONTACT WITH HIM. (EX #19; PH# 91) ①

**(93)** ON AUGUST 30, 2017, THIS PLAINTIFF RECEIVED A THIRTY (30) PACK OF 600mg I.B.U.'S, 3-X'S PER DAY WITH NO REFILLS FOR PLAINTIFF'S NECK INJURY TO REPLACE THE MELOXICAM (MOBIC) BY THE NURSE ON THE 3pm-11pm SHIFT IN NORTH UPPERS CELL HOUSE (NU-617), WHERE PLAINTIFF SIGNED A SLIP INDICATING PLAINTIFF RECEIVED ABOVE MEDICATION. (PH #91)

**(94)** ON AUGUST 30, 2017, DEFENDANT, % FRITSCHE, REFUSED TO ALLOW THIS PLAINTIFF TO GO TO LEGAL EXCHANGE WITH THE REST OF NORTH UPPERS CELL HOUSE DISPITE PLAINTIFF'S KNOWN COURT DEADLINES, IN RETALIATION FOR PLAINTIFF'S GRIEVANCES AND CONTINUED REQUEST FOR MEDICAL CARE. ①

**(95)** ON AUGUST 31, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX A MEDICAL REQUEST SLIP (HAND WRITTEN) TO HEALTHCARE REQUESTING CARE FOR "I HAVE FOR LAST MONTH PLUS BEEN RE-QUESTING A M.R.I. FOR NECK INJURY AND FOR MUSLE RELAXER'S TO NO AVAIL, AND BROKEN FINGER TO NO AVAIL AND RIGHT HAND TO NO AVAIL." (EX #22)

96. ON AUGUST 31, 2017, THIS PLAINTIFF WAS ON A NORTH UPPERS CELL HOUSE SIX GALLORY LUNCH LINE MOVEMENT, WHERE UPON PLAINTIFF EXITING THE SIX GALLORY BY CELL NU-654 DEFENDANT'S, %0 FURLOW, %0 YANKEY, %0 D. GROSS, AND SGT. McCLURE ALL THREATENED TO BEAT THIS PLAINTIFF'S ASS AND THREATENED TO PUSH PLAINTIFF DOWN THE STAIRS, AND HARASSED PLAINTIFF, SEXUALLY HARASSED PLAINTIFF, AND MADE SEXUAL GESTERS AND REMARKS TO THIS PLAINTIFF. WHEN THIS PLAINTIFF RETURNED FROM THE CHOW HALL THE ABOVE DEFENDANT'S ABOVE DESCRIBED ACTIONS STILL CONTINUED WITHOUT ANY PROVOKTION FROM THIS PLAINTIFF.

97. AFTER THIS PLAINTIFF RETURNED FROM CHOW AND WAS SECURED WITHIN PLAINTIFF'S CELL (NU-612) DEFENDANT, %0 D. GROSS CAME TO THIS PLAINTIFF'S CELL (NU-612) AND STARTED MAKING SEXUAL GESTERS TO THIS PLAINTIFF CALLING PLAINTIFF A FAG AND A BITCH.

98. ON AUGUST 31, 2017, THIS PLAINTIFF MADE A COPY OF ONE OF THE GRIEVANCES THAT WERE RESPONDED BY ONE OF THE DEFENDANTS AS THIS PLAINTIFF CAN NOT GET A COPY WITHOUT SOME KIND OF RESPONCE BY STAFF TO THE GRIEVANCE.

99. ON AUGUST 31, 2017, THIS PLAINTIFF PLACED WITHIN MENARD'S INSTITUTIONAL MAIL TO THE ADMINISTRATIVE REVIEW BOARD POSTAGE PAID U.S. POSTAL SERVICE PLAINTIFF'S DENIED EMERGANCY GRIEVANCE DATE AUGUST 11, 2017.

100. ON SEPTEMBER 01, 2017, THIS PLAINTIFF'S FAMILY, GARY BELTZ, FILED A COMPLAINT/FAMILY CONSERNS ON THE ILLINOIS DEPARTMENT OF CORRECTIONS WEB SIGHT AND/OR BY E-MAIL TO DEFENDANT, DEDE SHORT (UNIDENTIFIED JOHN/JANE DOE)

101. ON SEPTEMBER 02, 2017, THIS PLAINTIFF WAS PLACED ON DEADLOCK WITHIN PLAINTIFF'S CELL (NU-612) FOR NO REASON OTHER THAN RETALIATION AS BELOW DESCRIBED WITHIN (PH#102)

102. ON SEPTEMBER 02, 2017, AS A DIRECT RESULT OF THIS PLAINTIFF'S MEDICAL REQUEST SLIP (HAND WRITTEN) (PH#95, EX#22), THIS PLAINTIFF WAS HAND CUFFED BEHIND THE BACK (DO TO DEADLOCK PH#101) AND TAKEN TO THE NORTH UPPERS CELL HOUSE HEALTH CARE TO SEE A UNIDENTIFIED JANE DOE NURSE (SHORT, GLASSES, OLDER, LONG BLACK HAIR) AT ABOUT 8:30AM, WHERE THIS PLAINTIFF WAS FORCED TO WAIT UNTIL ABOUT 9:40AM UNTIL ALL THE OTHER INMATES WERE SEEN, WHEN THIS PLAINTIFF SAT DOWN TO TALK TO THE UNIDENTIFIED JANE DOE NURSE, BUT THE SECOND PLAINTIFF SAT DOWN DEFENDANT, %0 D. GROSS, WOULD NOT ALLOW THIS PLAINTIFF TO TALK TO THE JANE DOE NURSE WHERE %0 D. GROSS TOLD THE JANE DOE NURSE THAT SHE WAS NOT ALLOWED TO SEE PLAINTIFF AND THAT PLAINTIFF WAS TO GO BACK TO HIS CELL (NU-612) (SEE BELOW PH#103)(EX#22)



(103) AFTER EVENTS DESCRIBED WITHIN (PH#102) THIS PLAINTIFF WAS THEN ESCORTED BACK TO PLAINTIFF'S CELL (NU-612), WHERE UPON EXITING THE NORTH UPPER'S CELL HOUSE HEALTHCARE DEFENDANT'S, %o D. GROSS, %o YAUKEY, AND OTHER UNIDENTIFIED JOHN DOE'S, et.al., STARTED TO THREATEN, HARASS, ASSAULT, AND USE EXCESSIVE FORCE ON THIS PLAINTIFF BY PUSHING/SHOVING PLAINTIFF INTO THE WALL AND TELLING PLAINTIFF THAT PLAINTIFF WILL NOT BE GETTING ANY MEDICAL CARE AT ALL AND THAT PLAINTIFF WAS ON DEADLOCK FOR FILING GRIEVANCES AND LAWSUITS AGAINST ABOVE MENTIONED DEFENDANTS AND OTHER STAFF OF MEMRO, WHERE PLAINTIFF WAS RETURNED TO PLAINTIFF'S CELL (NU-612) AND THEN DEADLOCKED AND NOT ALLOWED TO GO TO CHOW OR BE FEED A LUNCH TRAY. ①

(104) LATER THAT SAME DAY AS DESCRIBED IN ABOVE (PH#102, #103) THIS PLAINTIFF WAS TAKEN OFF OF DEADLOCK (ALLEGED DEADLOCK) SO THAT PLAINTIFF COULD BE TAKEN ON HIS CALL PASS (EX#23) TO MAIN HEALTHCARE TO SEE DEFENDANT, DR. SHAH, AT ABOUT 12:00pm, AS A DIRECT RESULT OF THIS PLAINTIFF'S FAMILY (GARY DENTZ) FILING A COMPLAINT/E-MAIL WITH THE ILLINOIS DEPARTMENT OF CORRECTIONS (PH#100) TO DEFENDANT, DEDE SHORT FOR PLAINTIFF'S BROKEN RING FINGER AND RE-AGRAVATED NECK INJURY. WHEN THIS PLAINTIFF WAS SEEN BY DEFENDANT, DR. SHAH ABOUT PLAINTIFF'S BROKEN RING FINGER AND RE-AGRIVATED NECK INJURY. DEFENDANT, DR. SHAH, TOLD THIS PLAINTIFF THAT PLAINTIFF'S RING FIRNGER WAS NOT BROKEN AND THEN DR. SHAH TOOK PLAINTIFF'S MAKE SHIFT SPLINT THAT DEFENDANT, NURSE JANE DOE #7 (TONG COMPRESSOR AND TAPE) ON AUGUST 29,2017, GAVE PLAINTIFF AS ABOVE DESCRIBED WITHIN PH#91 WHERE DR. SHAH WITHOUT ANY X-RAY REPORT (AS PREVIOUSE X-RAY REPORT HAD YET RETURNED), AND DYSPITE NURSE JANE DOE #7, TELLING PLAINTIFF HIS RING FIRNGER WAS BROKEN AND A CHIP WAS LOOSE IN PLAINTIFF'S FIRNGER ON AUGUST 29, 2017 (PH#91) (EX#24) ①

(105) DURING PLAINTIFF'S VISIT WITH DEFENDANT, DR. SHAH (PH#104) ON SEPTEMBER 02, 2017, THIS PLAINTIFF REQUESTED OF DR. SHAH FOR CARE FOR PLAINTIFF'S BROKEN RING FIRNGER, AND RE-AGRIVATED NECK INJURY, AND OTHER MEDICAL ISSUES, AND REQUESTED THAT PLAINTIFF RECEIVE HIS RE-FILL OF MUSLE REZAXERS PREVIOUSLY PRESCRIBED TO PLAINTIFF FOR HIS NECK INJURY, AND FOR AN M.R.I. OF PLAINTIFF'S NECK TO DIOGNOSE WHAT WAS WRONG WITH PLAINTIFF'S NECK, WHERE DEFENDANT, DR. SHAH, TOLD THIS PLAINTIFF THAT HE (SHAH) WAS NOT SEEING PLAINTIFF FOR HIS NECK ISSUES AND TOLD PLAINTIFF THAT HE (SHAH) WAS NOT GOING TO DO ANYTHING FOR THIS PLAINTIFF'S FIRNGER (RING) OR PLAINTIFF'S NECK, OR ANY OTHER MEDICAL ISSUE (EX#24) ①

(106) ON SEPTEMBER 02, 2017, THIS PLAINTIFF FILED AN EMERGANCY GRIEVANCE (EX#24) ADDRESSED TO DEFENDANT, WARDEN, J. LASHBROOK, WITHIN A SEALED ENVELOPE BY PLACING SAID GRIEVANCE WITHIN THE NORTH UPPERS CELL HOUSE'S INSTITUTIONAL MAIL BOX. ①

(107) ON SEPTEMBER 02, 2017, THIS PLAINTIFF FILED AN ALMOST IDENTICAL IN CONTENT A GRIEVANCE AS DESCRIBED WITHIN (AH #106) AS A NON-EMERGANCY GRIEVANCE WITHIN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, K. ALLSUP BY PLACING SAID GRIEVANCE WITHIN THE NORTH UPPERS CELL HOUSE COUNSELORS BOX①

(108) ON SEPTEMBER 03, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX A MEDICAL REQUEST SLIP (HAND WRITTEN) TO HEALTH CARE ▨▨▨ FOR, "① CONTINUED ISSUES WITH BROKEN FINGER (ALL TO NO AVAIL), ② CONTINUED REQUEST FOR MUSLE RELAXERS FOR CHRONIC NECK ISSUES, SWELLING, PAIN, VISION, OTHER (ALL TO NO AVAIL) (M.R.I.) ...," AND OTHER MEDICAL ISSUES, ... ALL ABOVE REQUEST FOR LAST MONTH ALL TO NO AVAIL CONTINUED DENIAL OF CARE." (EX# 25)

(109) ON SEPTEMBER 04, 2017, THIS PLAINTIFF WAS ON A NORTH UPPERS CELL HOUSE, SIX GALLORY (NU-612) LUNCH LINE MOVEMENT, WHERE ON THE SIX GALLORY FLAG BY CELL (NU-654) DEFENDANT, S/O YANKEY, AND ALSO UPON THIS PLAINTIFF PASSING THE NORTH UPPERS SGT. CAGE DEFENDANT, S/O FURLOW, STARTED TO THREATEN, HARASS, AND MAKE SEXUAL REMARKS AS ABOVE DEFENDANT. S/O YANKEY HAD ALSO MADE IN PASSING, ALL WITHOUT ANY PROVOKTION FROM THIS PLAINTIFF. ①

(110) ON SEPTEMBER 06, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE SICK CALL BOX ON THIS PLAINTIFF'S WAY TO LEGAL EXCHANGE A MEDICAL REQUEST SLIP (HAND WRITTEN) TO HEALTH CARE FOR, "① CHRONIC PAIN TO BROKEN LEFT HAND RING FIRNGER, NEED PAIN MEDS, ② CHRONIC PAIN TO NECK, NEED PAIN MEDS, MUSLE RELAXERS, M.R.I. TO DIOGNOSE WHATS WRONG." (EX# 27)

(111) ON SEPTEMBER 06, 2017, AT ABOUT 12:00 pm, MENARD CORRECTIONAL CENTER WENT ON A LEVEL ONE INSTITUTIONAL LOCKDOWN, AND REMAINED ON LEVEL ONE LOCKDOWN THROUGHOUT SEPTEMBER 26, 2017, THEN ON SEPTEMBER 27, 2017, THROUGHOUT OCTOBER 01, 2017, ON LEVEL FOUR (4) LOCKDOWN.

(112) ON SEPTEMBER 08, 2017, THE ILLINOIS DEPARTMENT OF CORRECTIONS, SOUTHERN FACILITIES ORANGE CRUSH SHOOK DOWN THE NORTH UPPERS CELL HOUSE TO INCLUDE THIS PLAINTIFF'S CELL (NU-612) ▨▨▨ DURING THIS CELL HOUSE (NU) SHAKEDOWN INMATES TO INCLUDE THIS PLAINTIFF WERE HAND CUFFED BEHIND THE BACK AND ESCORTED FROM THE CELL HOUSE TO THE CHAPEL WITH HEADS DOWN FOR AT LEAST TWO (2) HOURS, WHERE IN DOING SO FURTHER RE-AGRIVATED THIS PLAINTIFF'S NECK INJURY, AND BY BEING HAND CUFFED IN SUCH MANNER CAUSED CHRONIC PAIN TO PLAINTIFF BROKEN FIRNGER FROM SITTING IN A CHAIR FOR HOURS. (EX# 27)①

(113) ON SEPTEMBER 08, 2017, THIS PLAINTIFF PLACED WITHIN THE INSTITUTIONAL MAIL (DO TO LOCKDOWN) A MEDICAL REQUEST SLIP (HANDWRITTEN) WITHIN A SEALED ENVELOPE ADDRESSED TO HEALTHCARE REQUESTING CARE FOR, "① CHRONIC PAIN TO BROKEN LEFT HAND RING FINGER, NEED PAIN MEDS; ② CHRONIC PAIN TO NECK, SWELLING, OTHER DO TO ORANGE CRUSH SHAKEDOWN ON 09/08/2017 OF NORTH UPPERS CELL HOUSE AGRIVATING NECK INJURY, PAIN MEDS, MUSCLE RELAXERS, M.R.I. TO DIOGNOSE WHAT IS WRONG; ..." AND OTHER MEDICAL ISSUES. (EX # 28)

(114) ON SEPTEMBER 10, 2017, DEFENDANT, C/O FURLOW, WAS PASSING OUT LUNCH TRAYS ON THE NORTH UPPERS CELL HOUSE SIX GALLORY AT ABOUT 9:30AM, AND ALSO PICKED UP TRASH AT ABOUT 10:00AM, WHERE IN DOING SO AT BOTH ABOVE TIMES DEFENDANT, C/O FURLOW, UPON DOING SO AT THIS PLAINTIFF'S CELL (NU-612) C/O FURLOW STARTED TO THREATEN TO BEAT THIS PLAINTIFF'S ASS ①

(115) ON SEPTEMBER 10, 2017, THIS PLAINTIFF HANDED A UNIDENTIFIED JANE DOE NURSE AT ABOUT 8:00PM A MEDICAL REQUEST SLIP (HANDWRITTEN) (EX # 30) THAT IS IDENTICAL IN CONTENT AS ABOVE MEDICAL REQUEST SLIP DATED 09/08/2017 (PH # 113, EX # 29). (DO TO LOCKDOWN)

(116) ON SEPTEMBER 11, 2017, DEFENDANT, WARDEN, J. LASHBROOK, WHILE THE NORTH UPPERS CELL HOUSE WAS STILL ON LOCKDOWN, MADE ROUNDS, WHERE UPON WARDEN, J. LASHBROOK PASSING BY THIS PLAINTIFF'S CELL (NU-612) PLAINTIFF STOPPED LASHBROOK AND INFORMED HER OF PLAINTIFFS MEDICAL ISSUES AND NEEDS AS ABOVE DESCRIBED WITHIN THIS COMPLAINT REGARDING PLAINTIFFS BROKEN RING FINGER, RE-AGRIVATED NECK INJURY AND NOT RECEIVING PAIN MEDICATION AND/OR PRESCRIBED PAIN MEDICATION AND/OR PRESCRIBED MUSLE RELAXERS, ALONG WITH THE CONTINUED THREATS, ASSAULTS, EXCESSIVE FORCE, SEXUAL HARRASSMENT AND ASSAULT, AND REQUESTED OF LASHBROOK FOR MEDICAL CARE AND TO ADDRESS ABOVE STATED ISSUES, WHERE DEFENDANT, WARDEN, J. LASHBROOK TOLD THIS PLAINTIFF TO STOP SUING STAFF AND STOP FILING GRIEVANCES AND THINGS MIGHT GET DONE. THEN DEFENDANT, LASHBROOK WALKED OFF. ①

(117) ON SEPTEMBER 11, 2017, THE ADMINISTRATIVE REVIEW BOARD RESPONDED TO THIS PLAINTIFF'S EMERGANCY GRIEVANCE DATED AUGUST 11, 2017, (PH # 59, # 68, EX # 4, # 31) FAILING TO ADDRESS ALL/OTHER ISSUES WITHIN THE GRIEVANCE ①

(118) ON SEPTEMBER 12, 2017, THE NORTH UPPERS CELL HOUSE WAS STILL ON A LEVEL ONE LOCKDOWN, WHERE DEFENDANT, C/O FURLOW, WAS PICKING UP TRASH ON THE NORTH UPPERS CELL HOUSE SIX GALLORY AT ABOUT 9:45AM AND UPON PASSING THIS PLAINTIFF'S CELL (NU-612) C/O FURLOW AGAIN MADE THREATS TO BEAT THIS PLAINTIFF'S ASS AND OTHER, AND SEXUAL HARRASSMENT TO THIS PLAINTIFF ①

(119)    ON SEPTEMBER 12, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS (NU-613)
CELL HOUSE INSTITUTIONAL MAIL (DO TO LOCKDOWN) A MEDICAL REQUEST SLIP WITHIN
A SEALED ENVELOPE ADDRESSED TO HEALTHCARE REQUESTING CARE FOR "① CHRONIC
PAIN TO BROKEN LEFT HAND RING FINGER, NEED PAIN MEDS, ② CHRONIC PAIN TO
NECK, SWELLING, OTHER DO TO ORANGE CRUSH SHAKEDOWN ON SEPTEMBER 08, 2017,
OF NU-CELL HOUSE AGRIVATING NECK INJURY, PAIN MEDS, MUSLE RELAYERS, M.R.I.,
TO DIOGNOSE WHATS WRONG ③...." (EX #31)

(120)    ON SEPTEMBER 13, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS
CELL HOUSE HEALTHCARE AS A RESULT OF PLAINTIFF'S MEDICAL REQUEST SLIP
DATED SEPTEMBER 10, 2017 (PH #115, EX #30) BY DEFENDANT, NURSE JANE DOE #5,
WHERE NURSE JANE DOE #5 TOLD THIS PLAINTIFF THAT SHE WAS JUST
RECENTLY CONTACTED BY THE ADMINISTRATION REGARDING PLAINTIFF'S BROKEN
(RING) FINGER AND THAT SHE (NURSE JANE DOE #5) HAD REVIEWED PLAINTIFF'S MEDICAL
RECORDS AND COULD NOT READ DEFENDANT) DR. SHAH'S HAND WRITING (REFERING
TO DR. SHAH'S ENTRY FROM HIS VISIT WITH PLAINTIFF ON SEPTEMBER 07, 2017 (PH #104, #105))
AND THAT SHE (NURSE JANE DOE #5) COULD NOT FIND A SICK CALL REQUEST AND HAD NO CLUE
AS TO WHAT OR WHY DEFENDANT, DR. SHAH, SAW THIS PLAINTIFF FOR OR ABOUT, WHERE
THIS PLAINTIFF INFORMED HER THAT DR. SHAH SAW PLAINTIFF AS A RESULT OF PLAINTIFF'S
FAMILY FILING A COMPLAINT ON THE WEB SIGHT ABOUT PLAINTIFF'S BROKEN RING FINGER (PH #100)
NURSE JANE DOE #5 TOLD THIS PLAINTIFF THAT PLAINTIFF'S FINGER (RING) HAD A
BROKEN KNEE (CHIP) OFF AND ALSO A FRACTURE (2-ISSUES), THEN NURSE JANE DOE #5
EXAMINED THIS PLAINTIFF'S NECK AND THAT SHE WOULD REQUEST THAT I RECEIVE
MUSLE RELAXERS AND PAIN MEDICATION, AND TO SEE A DOCTOR. ALL TO NO AVAIL (EX #32, 33, 34, 35)

(121)    ON SEPTEMBER 13, 2017, DEFENDANT'S, DEDE SHORT, AND DEFENDANT,
WARDEN LASHBROOK, RESPONDED TO THIS PLAINTIFF'S FAMILY (GARY BENTZ'S) COMPLAINT
ON THE WEB SIGHT (PH #100, EX #21,22) ALMOST TWO (2) WEEKS LATER ①

(122)    ON SEPTEMBER 14, 2017, AS A RESULT OF THIS PLAINTIFF'S GRIEVANCE
DATED: SEPTEMBER 02, 2017, (#137-9-17) (PH #107) THIS PLAINTIFF WAS TAKE
TO THE MAIN HEALTHCARE (AS A ADD ON) FOR X-RAYS OF PLAINTIFF BROKEN RING
FINGER (4-VIEWS) AT ABOUT 9:00 AM, WHERE THIS PLAINTIFF WAS TOLD BY
DEFENDANT, NURSE JANE DOE #7, THAT THE X-RAY SHOWED THAT THE FINGER (RING)
HAS YET STARTED TO HEAL AT ALL AND WAS STILL BROKEN AND SHE DID NOTING
MORE FOR THIS PLAINTIFF. ① (AND NURSE JOHN DOE #8)

(123)    ON SEPTEMBER 14, 2017, UPON THIS PLAINTIFF BEING LET OUT OF PLAINTIFF'S
CELL (NU-613) TO GO TO HEALTHCARE FOR X-RAYS (PH #122) THIS PLAINTIFF WAS
HAND CUFFED BEHIND THE BACK DO TO A LOCKDOWN AND SENT DOWN STAIRS
BY DEFENDANT, % JOHN DOE #3, WHERE THIS PLAINTIFF WENT DOWN STAIRS FOR
PLAINTIFF'S HEALTHCARE X-RAYS (PH #122). WHILE PLAINTIFF WAS WAITING BY
THE NORTH UPPERS CELL HOUSE SGT. CAGE TO BE ESCORTED TO MAIN HEALTHCARE UNIT
DEFENDANT, % FURLOW, AGAIN STARTED TO THREATEN TO BEAT PLAINTIFF'S ASS AND
SEXUALLY HARRASSING THIS PLAINTIFF, WHERE % FURLOW BENT OVER / MAILED DOWN AND PUT
HIS (% FURLOW'S) HEAD/FACE IN THIS PLAINTIFF'S CROTCH (WHILE PLAINTIFF WAS HANDCUFFED) ①

NU
21

BEHIND THE BACK. THIS PLAINTIFF STEPED BACK THEN **SO FURLOW** STOOD UP AND SHOVED THIS PLAINTIFF INTO THE BARS OF THE SGT. CAGE AND AGAIN STARTED TO THREATEN THIS PLAINTIFF AGAIN THIS TIME FOR PLAINTIFF STEPPING BACK TO REMOVE DEFENDANT, **SO FURLOW'S** HEAD/FACE FROM PLAINTIFF'S CROTCH. THEN PLAINTIFF WAS ESCORTED TO THE HEALTHCARE UNIT AS ABOVE DESCRIBED WITHIN (PH #122). ①

(124) ON **SEPTEMBER 16, 2017**, ON THE 2am-3pm SHIFT, WHILE ON LOCKDOWN, THE NORTH UPPERS CELL HOUSE SIX (6) GALLORY WAS RAN TO SHOWERS TO INCLUDE THIS PLAINTIFF (NU-613), WHERE BOTH ON THE WAY TO AND FROM THE SHOWER DEFENDANT, **SO YANKEY**, AND DEFENDANT, **SO D. GROSS** BOTH AGAIN SEXUALLY HARASSED, AND THREATENED THIS PLAINTIFF WITH EXCESSIVE FORCE ①

(125) ON **SEPTEMBER 19, 2017**, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE'S INSTITUTIONAL MAIL (DO TO LOCKDOWN) A MEDICAL REQUEST SLIP ADDRESSED TO HEALTHCARE (HAND WRITTEN) IDENTICAL IN CONTEXT (EX #36) ABOVE MEDICAL REQUEST SLIP. (PH #113, EX #29). ①

(126) ON SEPTEMBER 20, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS CELL HOUSE HEALTHCARE BY DEFENDANT, NURSE PRACTITIONER, **MOLDENHAUER**, REGARDING PLAINTIFF'S BROKEN FIRNGER AND OTHER MEDICAL (NECK) ISSUES, DO TO CONTINUED CHRONIC PAIN, ECT---, WHERE **MOLDENHAUER** PUT PLAINTIFF IN FOR X-RAYS OF PLAINTIFF'S BROKEN FIRNGER IN TWO (2) WEEKS AND AGAIN IN FOUR (4) WEEKS TO SEE IF THIS PLAINTIFF FIRNGER WAS STILL BROKEN, AND FINALY PUT THIS PLAINTIFF IN TO SEE THE DOCTOR, BUT **MOLDENHAUER** DO NOTHING ELS FOR THIS PLAINTIFF AND DIO NOT SPLINT PLAINTIFF'S FIRNGER OR GIVE ANY PAIN MEDICATION FOR PLAINTIFF'S CHRONIC PAIN, AND/OR ANYTHING FOR PLAINTIFF'S RE-AGREVATED NECK INJURY. (EX #37, 38) ①

(127) DURING THE ABOVE HEALTHCARE CALL PASS (SEE: PH #126) DEFENDANT, **SO YANKEY** (WHILE PLAINTIFF WAS HAND CUFFED BEHIND THE BACK DO TO LEVEL ONE LOCKDOWN) TOLD THIS PLAINTIFF TO BEND OVER BECAUSE HE (YANKEY) WOULD LOVE TO STICK HIS (YANKEY'S) DICK INTO THIS PLAINTIFF'S ASS, AND WHERE **YANKEY** WENT ON TO TELL THIS PLAINTIFF HOW MUCH HE (YANKEY) WOULD LOVE TO SUCK THIS PLAINTIFF'S DICK ALONG WITH OTHER SEXUAL REMARKS AND GESTURES. ①

(128) ON SEPTEMBER 22, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH (NU-612) UPPERS CELL HOUSE INSTITUTIONAL MAIL (DO TO LOCKDOWN) A MEDICAL REQUEST SLIP WITHIN A SEALED ENVELOPE ADDRESSED TO HEALTHCARE REQUESTING CARE FOR, (1) CHRONIC PAIN TO BROKEN LEFT HAND RING FIRINGER, ECT... ; (2) CHRONIC PAIN TO NECK, SWELLING, OTHER, ECT... (M.R.I.); (3) CHRONIC PAIN TO RIGHT HAND, ECT...'. (EX#40)

(129) ON SEPTEMBER 23, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH UPPERS CELL HOUSE (NU-612) INSTITUTIONAL MAIL (DO TO LOCKDOWN) WITHIN A SEALED ENVELOPE ADDRESSED TO THE GRIEVANCE OFFICE PLAINTIFF'S GRIEVANCES DATED: AUGUST 11, 2017 ; AUGUST 23, 2017 ; AND AN EMERGENCY GRIEVANCE DATED: AUGUST 11, 2017 (PREVIOUSLY DENIED). (1)

(130) ON SEPTEMBER 24, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH (NU-612) UPPERS CELL HOUSE INSTITUTIONAL MAIL (DO TO LOCKDOWN) A MEDICAL REQUEST SLIP WITHIN A SEALED ENVELOPE ADDRESSED TO HEALTHCARE IDENTICAL IN CONTENT AS ABOVE MEDICAL REQUEST IN PH#128 . (EX#41)

(131) ON SEPTEMBER 25, 2017, FILED GRIEVANCES THROUGH THE INSTITUTIONAL MAIL TO THE GRIEVANCE OFFICER (NU-612). (1)

(132) ON SEPTEMBER 28, 2017, AT ABOUT 11:30am, DEFENDANT, COUNSELER, K. ALLSUP AT CELL NU-612, DURING ALLSUP'S ROUNDS THIS PLAINTIFF SHOWED ALLSUP THIS PLAINTIFF'S OBVIOUSLY BROKEN LEFT HAND RING FIRINGER AND OBVIOUSLY RE-AGRIVATED NECK ISSUES, ALONG WITH OTHER MEDICAL ISSUES, WHERE THIS PLAINTIFF REQUESTED OF ALLSUP FOR MEDICAL CARE DO TO THIS PLAINTIFF'S CHRONIC PAIN AND OBVIOUSLY SERIOUSE MEDICAL NEEDS. DEFENDANT, ALLSUP ACKNOWLEDGED THE SERIOUSENESS OF THIS PLAINTIFF'S MEDICAL NEEDS AND CHRONIC PAY BUT REFUSED TO DO ANYTHING FOR THIS PLAINTIFF AT ALL, AND TOLD PLAINTIFF BROKEN BONES ARE NOT A CHRONIC ISSUE. (1)

(133) ON SEPTEMBER 28, 2017, THIS PLAINTIFF PLACED WITHIN THE NORTH (NU-612) UPPERS CELL HOUSE INSTITUTIONAL MAIL ANOTHER MEDICAL REQUEST SLIP (DO TO LOCKDOWN) ADDRESSED TO HEALTHCARE IDENTICAL IN CONTENT AS ABOVE MEDICAL REQUEST SLIP AS DESCRIBED WITHIN PH#'S:128, AND 130. (EX#43)

(134) ON SEPTEMBER 30, 2017 THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS HEALTHCARE AS A DIRECT RESULT OF PLAINTIFF'S MEDICAL SICK CALL REQUEST DATED SEPTEMBER 28, 2017 (SEE: PH #133) BY DEFENDANT, NURSE JANE DOE #6, WHERE THIS PLAINTIFF WAS CHARGED A FIVE DOLLAR ($5.00) MEDICAL CO-PAY. NURSE JANE DOE #6 THEN TOLD THIS PLAINTIFF THAT PLAINTIFF WAS BEING CHARGED $5.00 CO-PAY BECAUSE PLAINTIFF KEEPS PUTTING IN FOR SICK CALL REQUESTING PAIN MEDICATION AND CARE FOR PLAINTIFF SERIOUS MEDICAL NEED PLAINTIFF BROKEN LEFT RING FINGER AND FURTHER STATED THAT SHE (NURSE JANE DOE #6) WOULD DO NOTHING FOR PLAINTIFF BECAUSE "A BROKEN BONE IS NOT A CHRONIC ISSUE." (ADDITION LO #1) (EX #44,45)

(135) ON OCTOBER 02, 2017, THIS PLAINTIFF WAS SEEN WITHIN THE NORTH UPPERS HEALTH CARE AS A DIRECT RESULT OF PLAINTIFF'S FAMILY (MR. DEITZ) E-MAILING AND CALLING I.D.O.C./MENARD ABOUT THIS PLAINTIFF'S BROKEN LEFT RING FINGER AND CHRONIC PAIN, AND DENIAL OF MEDICAL CARE, WHERE THIS PLAINTIFF WAS SEEN BY DEFENDANT, DOCTOR SIDDIQUI SAID DOCTOR TOLD THIS PLAINTIFF HE WOULD PRESCRIBE PLAINTIFF A THREE (3) MONTH PRESCRIPTION OF I.B.U.'S 600ng 3X PER DAY, AND A THREE (3) MONTH PRESCRIPTION OF MUSCLE RELAXERS, AND WOULD PUT PLAINTIFF IN FOR X-RAYS OF PLAINTIFF'S BROKEN LEFT RING FINGER, BUT HE COULD NOT DO ANYTHING MORE FOR PLAINTIFF BECAUSE "WEXFORD HEALTH SERVICE WOULD NOT LET HIM DO ANYTHING." (EX #46,47)

(136) ON OCTOBER 02, 2017, THIS PLAINTIFF RECEIVED EMERGENCY GRIEVANCE RESPONSE FROM THE ADMINISTRATIVE REVIEW BOARD ①

(137) ON OCTOBER 04, 2017, ON THIS PLAINTIFF'S WAY FROM PLAINTIFF'S CELL TO GO ON A LEGAL EXCHANGE CALL PASS TO MAIN PROPERTY, JUST OUTSIDE OF THE SGT. CAGE OF THE NORTH UPPERS DEFENDANT GROSS STARTED TO SEXUALLY HARASS THIS PLAINTIFF AT ABOUT 8:15 AM. ①

(138) ON OCTOBER 04, 2017, LATER THAT SAME DAY THIS PLAINTIFF WAS RETURNING FROM THE YARD WITH NU-6 GALLORY DEFENDANT, JASON FURLOW SEXUALLY HARASSED THIS PLAINTIFF AT ABOUT 2PM ON THE NU-6 GALLORY FLAG. ①

(139) ON OCTOBER 08, 2017, THIS PLAINTIFF WAS ON THE WAY TO YARD AND AGAIN ON THE WAY BACK FROM YARD (BOTH) WITH THE NU-6 GALLORY AT ABOUT 11:00AM AND AGAIN AT 2:00PM BOTH DEFENDANTS, JASON FURLOW AND MASON YANKEY THREATENED TO BEAT THIS PLAINTIFF'S ASS AND SEXUALLY HARASSED THIS PLAINTIFF. ①

(140) ON OCTOBER 10, 2017 THIS PLAINTIFF WAS TAKEN TO MAIN HEALTHCARE FOR X-RAYS, WHERE TWO (2) VIEWS OF PLAINTIFF'S LEFT RING FINGER WERE TAKEN BY DEFENDANT, JANE DOE #7 (NURSE) (EX #49)

(141) ON OCTOBER 10, 2017, ON THIS PLAINTIFF'S WAY TO AND FROM THE NU-CELL HOUSE AND/OR HEALTHCARE FOR X-RAYS (PH#140) AND THROUGHOUT THE DAY 7am-3am DEFENDANT, *FURLOW* HAD THIS PLAINTIFF'S GALLERY SIX (NU-612), WHERE UPON *FURLOW* KEYING IN AND OUT THIS PLAINTIFF FOR PLAINTIFF'S CALL PASSES AND UPON *FURLOW* PASSING PLAINTIFF'S CELL (NU-612) DOING ROUNDS, DEFENDANT *FURLOW* EVERY TIME HE PASS/STOPPED AT PLAINTIFF'S CELL (ALL DAY LONG) *FURLOW* SEXUALLY HARASSED, MADE SEXUAL JESTERS, AND THREATENED TO BEAT THIS PLAINTIFF. ①

(142) ON OCTOBER 11, 2017 THIS PLAINTIFF WAS SCHEDUALLED FOR A LEGAL CALL WITHIN THE CHAPEL, WHERE PLAINTIFF WAS ESCORTED FROM THE NORTH UPPER'S CELL HOUSE (NU-612) TO AND FROM THE CHAPEL BY DEFENDANT *FURLOW* DURING BOTH MOVEMENTS (TO AND FROM) *FURLOW* STARTED TO GRAB PLAINTIFF'S LEFT ARM JUST ABOVE THE ELBOW PUSHING AND PULLING PLAINTIFF BRUSSING PLAINTIFF'S ARM TELLING PLAINTIFF TO SWING ON HIM (*FURLOW*) SO *FURLOW* COULD BEAT PLAINTIFF'S ASS, AND *FURLOW* WENT ON TELLING PLAINTIFF, "I WANT TO JUST SHOVE MY DICK DOWN YOUR" (PLAINTIFF'S) "THROUGHT", WHERE *FURLOW* AT ABOUT 11:15am ALSO TOLD PLAINTIFF THAT HE (*FURLOW*) STATING: "I SHOULD JUST SHOVE MY DICK DOWN YOUR FUCKING THROUGHT" THIS ALSO OCCURRED ON THE WAY BACK AT ABOUT 12:10pm. ①

(143) ON OCTOBER 12, 2017, AT ABOUT 10:20am DURING A NU-6 GALLORY LUNCH LINE MOVEMENT DEFENDANT'S, *FURLOW* AND *GROSS* BOTH TOLD THIS PLAINTIFF THAT THEY WERE GOING TO BEAT THE SHIT OUT OF" ME, WHERE UPON RETURNING FROM THE CHOW HALL AT ABOUT 10:45am DEFENDANTS *FURLOW*, *GROSS*, AND *SGT. JAMES* AND MADE THE SAME THREATS AND *FURLOW*, AND *GROSS* ALSO STARTED TO SEXUALLY HARASS THIS PLAINTIFF. ①

(144) ON OCTOBER 12, 2017, THIS PLAINTIFF SENT JOHN HOWARD ACCOCIATION ("PREA") A LETTER REGARDING THE SEXUAL HARRASSMENT AND/OR SEXUAL ASSAULT AND BATTERY OF DEFENDANTS, *FURLOW, YANKEY*, AND *D. GROSS* WITH AN INSTITUTIONAL MONEY VOUCHER. ① (EX#50)

(145) ON OCTOBER 12, 2017, THIS PLAINTIFF PUT IN A REQUEST SLIP TO SEE MENTAL HEALTH BY PUTTING IT WITHIN THE NU-CELL HOUSE BOX REQUESTING "TO SPEAK TO MENTAL HEALTH IN PRIVATE" REGARDING THE DEFENDANTS' ABOVE DESCRIBED ACTIONS AS LATER DESCRIBED IN THIS COMPLAINT. (EX# 9)

(146) ON OCTOBER 14, 2017, AT ABOUT 9:15am DURING THE NU-6-GALLORY LINE MOVEMENT BOTH TO AND FROM THE CHOW HALL (AND AGAIN RETURNING) JUST OUTSIDE OF THE NU-CELL HOUSE DEFENDANT, *LT. QUALLS* THREATENED TO BEAT THIS PLAINTIFF'S ASS AFTER REQUESTING *LT. QUALLS* OF THE CONTINUED THREATS AND SEXUAL HARASSMENT AND/OR OTHER OF DEFENDANTS *FURLOW, GROSS, YANKEY*, AND *SGT. JAMES* TO THIS PLAINTIFF AS ABOVE DESCRIBED WITHIN THIS COMPLAINT, BUT *LT. QUALLS* ALSO WENT ON TO TELL PLAINTIFF THAT PLAINTIFF SHOULD HAVE THOUGHT ABOUT THAT BEFORE SUING HIM (*LT. QUALLS*) (NOTE PLAINTIFF AS A COUPLE OF ACTIONS WHERE (MUL) QUALLS IS A NAMED PARTIE ①

25

(147) FURTHERMORE ON OCTOBER 14, 2017, AS DESCRIBED WITHIN ABOVE PH #146 OF THIS COMPLAINT UPON THIS PLAINTIFF BOTH GOING TO AND COMING FROM THE CHOW HALL ON THE SIX (6) GALLORY FLAG OF MU-CELL HOUSE DEFENDANT'S, YANKEY, GROSS, AND FURLOW THREATENED TO BEAT PLAINTIFF AND SEXUALLY HARASSED THIS PLAINTIFF. ①

(148) ON OCTOBER 17, 2017, THIS PLAINTIFF WAS ON A COMISARY LINE MOVEMENT WITH SIX (6) GALLORY WHERE ON THE 6-GALLORY FLAG DEFENDANT, GROSS THREATENED TO BEAT PLAINTIFF, AND FURTHERMORE WHILE THIS PLAINTIFF WAS IN COMISARY DEFENDANT, FURLOW ALSO THREATEND AND SEXUALLY HARASSED THIS ▨▨▨ PLAINTIFF AS ABOVE DESCRIBED. ①

(149) ON OCTOBER 18, 2017, THIS PLAINTIFF WAS ON A LUNCH LINE MOVEMENT WITH MU-6-GALLORY, WHERE ON THE 6-GALLORY FLAG BOTH COMING FROM AND GOING TO CHOW DEFENDANT'S, FURLOW, GROSS, AND YANKEY SEXUALLY HARASSED, AND BLOWED KISSES, CALLING PLAINTIFF A FAG, THEIR GIRL, ECT.--AND OTHER ①
〈NOTE: PLAINTIFF IS NOT GAY〉

(150) ON OCTOBER 19, 2017, AT ABOUT 11:00am THIS PLAINTIFF WAS RETURNING FROM A WRIT IN THE U.S.D.C./S.D.IL (BENTZ (v) COWAN) (WHICH WAS CANCELLED), WHERE PLAINTIFF WAS ON THE MU-6-GALLORY FLAG WAITING FOR A JOHN DOE 5/o GALLORY OFFICER TO KEY OPEN THE 6-GALLORY DOOR DEFENDANT, GROSS AGAIN STARTED TO SEXUALY HARASS THIS PLAINTIFF. ①

(151) AS A RESULT OF PLAINTIFF REQUEST SLIP TO MENAL HEALTH DATED OCTOBER 12, 2017 (PH#145) ON OCTOBER 19, 2017, AT ABOUT 1:30pm WITHIN THE MU-CELL HOUSE MENTAL HEALTH CAME TO TALK TO THIS PLAINTIFF IN PRIVATE ABOUT THE ACTIONS OF DEFENDANT'S, FURLOW, YANKEY, AND GROSS AS ABOVE DESCRIBED WITHIN THIS ACTION. ①

(152) ON OCTOBER 20, 2017, AT ABOUT 11:45am AT PLAINTIFF'S CELL MU-612 DEFENDANT, GROSS (AND TWO (2) NEW TRAINEES 5/o'S) STOPPED AT THIS PLAINTIFF'S CELL AND THREATENED TO OPEN PLAINTIFF'S CELL DOOR AND BEAT PLAINTIFF'S ASS, WITH HIS KEY IN THE DOOR TURNED TELLING PLAINTIFF TO COME OUT OF HIS CELL, WHERE PLAINTIFF REFUSED TO DO SO AFTER ABOUT FIVE (5) MINUTS GROSS LEFT. ①

(153) ON OCTOBER 20, 2017, DEFENDANTS, GROSS, SGT. MIKE MCLURE, AND 5/o CHRISTOPHE FRITSCHE REFUSED TO ALLOW THIS GRIEVANT TO GO TO LAW LIBRARY DISPITE KNOW COURT DEADLINES AND PLAINTIFF BEING ON THE CALL LINE IN RETALIATION FOR PLAINTIFF FILING GRIEVANCES ON SAID STAFF. ①

(154) ON OCTOBER 22, 2017, THIS PLAINTIFF WAS ON A MU-6-GALLORY LUNCH LINE MOVEMENT, WHERE ON THE MU-6-GALLORY FLAG DEFENDANT, YANKEY AGAIN THREATENED AND SEXUALLY HARASSED THIS PLAINTIFF. ①



(155) ON OCTOBER 23, 2017, THIS PLAINTIFF WAS BEING ESCORTED FROM THE (EX#53) NU-CELL HOUSE TO HEALTHCARE FOR X-RAYS AND WAS AGAIN THREATENED AND SEXUALLY HARASSED BY THE ESCORTING %, DEFENDANT, FURLOW.[1] (3-VIEWS IN ALL 4th FINGER)

(156) ON OCTOBER 23, 2017, THIS PLAINTIFF PLACED WITHIN THE NU-SICK CALL BOX A HAND WRITTEN REQUEST FOR I.B.U'S AND MUSLE RELAXOR REFILL FOR THIS PLAINTIFF'S CHRONIC PAIN.[1]

(157) ON OCTOBER 24, 2017, THIS PLAINTIFF WAS SEEN BY DEFENDANT, N.P. MIKE MOLDENHAUER WITHIN THE NU-CELL HOUSE SICK CALL AREA REGARDING PLAINTIFF'S X-RAYS OF 4th RING FNGER (LEFT HAND) ON OCTOBER 10, 2017 (PH# 141), WHERE MOLDENHAUER GAVE THIS PLAINTIFF THREE (3) CONFLICTING X-RAY RESULTS ① THAT PLAINTIFF'S LEFT 4th RING FINGER IS HEALED, ② THAT PLAINTIFF'S LEFT 4th RING FINGER WAS FRACTURED AND HEALING ③ THAT PLAINTIFF'S LEFT 4th RING FINGER WAS STILL BROKEN. THIS PLAINTIFF WAS AGAIN SCHEDULED FOR X-RAYS IN TWO WEEKS. (EX#54)[1]

(158) FURTHERMORE, ON OCTOBER 24, 2017, AS ABOVE DESCRIBED IN PH# 157 DEFENDANT, MOLDENHAUER TOLD THIS PLAINTIFF THAT HIS VISIT WITH PLAINTIFF WAS TO REVIEW PLAINTIFF'S X-RAY'S (4th LEFT RING FINGER) OF OCTOBER 10, 2017, BUT THAT THE X-RAY REPORT WAS NOT BACK YET, AND THAT MOLDENHAUER WAS SEEING PLAINTIFF JUST TO LET PLAINTIFF KNOW THAT PLAINTIFF WOULD BE RE-SCHEDULED IN TWO (2) WEEKS, BECAUSE PASSES WERE ALREADY PASSED OUT. DISPITE MOLDENHAUER'S PREVIOUS CONFLICTING STATEMENTS (PH# 157) MOLDENHAUER WENT ON TO TELL THIS PLAINTIFF WITHOUT LOOKING AT PLAINTIFF'S MEDICAL RECORDS THAT PLAINTIFF'S 4th LEFT RING FINGER WAS AN OLD HEALD FRACTURE AND AGAIN LATER TOLD PLAINTIFF THE X-RAY SHOWED PLAINTIFF'S LEFT 4th FINGER HAD STARTED TO HEAL. DEFENDANT, MOLDENHAUER GAVE THIS PLAINTIFF SO MANY COUNTERDICTIVE X-RAY FINDINGS OFF OF AN X-RAY REPORT (FOR X-RAYS OF 10/10/2017) THAT MOLDENHAUER HAD NOT EVEN RECEIVED BACK YET, BUT SINCE THIS PLAINTIFF HAD JUST HAD X-RAYS TAKE AGAIN ON OCTOBER 23, 2017, MOLDENHAUER WOULD RE-SCHEDULE TO SEE THIS PLAINTIFF IN TWO (2) WEEK'S WHEN MOLDENHAUER HAD RECEIVED BOTH X-RAY REPORTS FOR OCTOBER 10, 2017, AND OCTOBER 23, 2017. (EX#54)[1]

(159) ON ▬▬▬ NOVEMBER 02, 2017, DEFENDANT, LASHBROOK[1] DENIED THIS PLAINTIFF'S EMERGANCY GRIEVANCE DATED OCTOBER 10, 2017. (#08-11-17)

(160) ON NOVEMBER 02, 2017, DURING A LUNCH LINE MOVEMENT OF NU-6-GALLORY BOTH GOING AND RETURNING DEFENDANT, FURLOW THREATENED AND SEXUALY HARASSED THIS PLAINTIFF AS ABOVE DESCRIBED WITHIN THIS COMPLAINT.[1]

MUL
27

(161) ON NOVEMBER 10, 2017, THIS PLAINTIFF WENT ON A CALL PASS TO HEALTHCARE AT ABOUT 8:30am (NU-613) TO SEE DEFENDANT, **DR. SIDDIQUI** IN THE MAIN HEALTHCARE UNIT, AUTHORIZED BY DEFENDANT, **CHRISTA MAHNKEN** FOR PLAINTIFF'S BROKEN LEFT 4th RING FINGER X-RAYS, WHERE <u>SIDDIQUI</u> TOLD THIS PLAINTIFF THAT HE <u>(SIDDIQUI)</u> CAN NOT DO ANYTHING NOW FOR THIS PLAINTIFF'S BROKEN FINGER BECAUSE IT WAS TO LATE IT HAD STARTED TO HEAL AND THAT THIS PLAINTIFF SHOULD HAVE SAID SOMETHING SOONER. (AS IF THIS WAS THE FIRST COMPLAINT PLAINTIFF HAD MADE PER BROKEN FINGER)(EX #58,59) ①

(162) ON <u>NOVEMBER 10, 2017</u>, THIS PLAINTIFF PUT WITHIN THE NU-SICK CALL BOX A REQUEST FOR PLAINTIFF'S PRESCRIPTION REFILL[S] OF I.B.U.'s 600mg AND MUSLE RELAXERS, ALL TO NO AVAIL. ①

(163) ON NOVEMBER 20, 2017, DEFENDANT, **K. ALLSUP** MADE ROUNDS AND CAME TO THIS PLAINTIFF'S CELL NU-613, WHERE THIS PLAINTIFF REQUESTED OF **ALLSUP** OF ISSUES WITH DEFENDANT'S, **FURLOW, YANKEY, GROSS, SGT. JAMES**, AND OTHER[S] REGARDING THE COUNTLESS THREATS TO BEAT PLAINTIFF'S ASS, ASSAULT AND BATTERY, SEXUAL ASSAULT AND BATTERY, SEXUAL HARASSMENT AND OTHER AS ABOVE DESCRIBED WITHIN THIS ACTION OF SAID DEFENDANT'S, DEFENDANT, **ALLSUP** REFUSED TO DO ANYTHING FOR THIS PLAINTIFF AND TOLD PLAINTIFF "TOUGH SHIT"; AND THIS PLAINTIFF FURTHER INFORMED DEFENDANT, **ALLSUP** OF THE COUNTLESS ISSUES OF PLAINTIFF NOT GETTING MEDICAL CARE AND/OR REFILL[S] OF PAIN MEDS AND MUSLE RELAXERS DISPITE PLAINTIFF'S PRESCRIPTION AND/OR COUNTLESS ATTEMPTS TO GET SAID DONE. DEFENDANT, **ALLSUP** TOLD PLAINTIFF THAT SHE HAD NOTHING TO DO WITH MEDICAL AND WOULD <u>NOT DO ANYTHING</u> FOR PLAINTIFF BECAUSE PLAINTIFF IS SUING HER (ALLSUP) THEN <u>ALLSUP</u> WALKED OFF DOING NOTHING FOR PLAINTIFF. ①

(164) ON NOVEMBER 21, 2017, THIS PLAINTIFF PLACED GRIEVANCE #8-11-17 DATED 10/10/2017 (A DENIED EMERGENCY GRIEVANCE) WITHIN A SEALED ENVELOPE ADDRESSED TO DEFENDANT, **ALLSUP** BY PLACING SAID GRIEVANCE WITHIN THE NORTH UPPERS COUNSELOR BOX. ①

(165) ON <u>NOVEMBER 30, 2017</u>, THE NORTH UPPERS (NU) CELL HOUSE WHERE THIS PLAINTIFF LIVED (NU-613) WAS SHOOK DOWN BY THE SOUTHERN ILLINOIS TACK TEAM (ORANGE CRUSH), DEFENDANT, **ANDERSON** (TACK) SHOOK THIS PLAINTIFF'S CELL DOWN TAKING THIS PLAINTIFF'S NON-CONTRABAND WALKMAN, PLAINTIFF'S LEGAL MATERIALS TO INCLUDE EXHIBITS (MOST OF), PLAINTIFF'S WRITTING SUPPLIES (ie. PAPPER, PENS, ECT...), AND PLAINTIFF'S PRESCRIBED PAIN MEDICATION AND PRESCRIBED MUSLE RELAXERS, WHERE PLAINTIFF LATER ATTEMPTED TO GET RE-FILLED PER PRESCRIPTION, BUT COULD NOT WITHOUT THE BUBBLE SHEET / CARD[S] THAT DEFENDANT, **ANDERSON** HAD TAKEN LEAVING PLAINTIFF IN CHRONIC PAIN AS BELOW DESCRIBED WITHIN THIS COMPLAINT AND UNABLE TO GET REFILLS DISPITE PLAINTIFF'S WRITTEN REQUEST. (NOTE: DID NOT PUT ISSUES ON SHAKEDOWN SLIP). (EX #63) ①

MUL
28

(166) ON DECEMBER 01, 2017, THIS PLAINTIFF PLACED WITHIN THE INSTITUTIONAL MAIL (NU-612)(DO TO LOCKDOWN) A HAND WRITTEN MEDICAL REQUEST FOR THIS PLAINTIFF'S RE-AGREVATED NECK INJURY DO TO THE (JACK) ORANGE CRUSH SHAKEDOWN POLICY OF HEADS DOWN FOR HOURS ON END, AND FOR THIS PLAINTIFF'S CHRONIC NECK AND FINGER PAIN, BROKEN LEFT 4TH FINGER, AND FOR PLAINTIFF'S PRESCRIBED REFILLS] (ie. I.B.U's, AND MUSLE RELAXERS) THAT DEFENDANT _ANDERSON_ TOOK AS ABOVE DESCRIBED WITHIN (PH #164) OF THIS COMPLAINT, (EX #65)

(167) ON DECEMBER 05, 2017, AS A DIRECT RESULT OF THIS PLAINTIFF'S MEDICAL SICK CALL REQUEST OF _DECEMBER 01, 2017_ (PH #166) WAS SEEN WITHIN THE NU-CELL HOUSE SICK CALL BY A NURSE DEFENDANT, NURSE JANE DOE #9, WHERE SHE COMPLETLY REFUSED TO DO ANYTHING FOR THIS PLAINTIFF AT ALL- (EX #8) ①

(168) ON _DECEMBER 05, 2017_, ON THIS PLAINTIFF'S WAY TO THE NU-SHOWER AND ALSO ON THE WAY BACK TO PLAINTIFF'S CELL NU-612 AFTER SHOWER DEFENDANT, _THREADGILLE_ (ON THE 3pm TO 11pm SHIFT) UPON PLAINTIFF REQUESTING TO SEE THE NURSE/MED TECK WHEN THEY CAME INTO THE HOUSE, TOLD THIS PLAINTIFF THAT HE (THREADGILLE) SHOULD BEAT PLAINTIFF FOR FILING GRIEVANCES ON STAFF AND THAT HE (THREADGILLE) WOULD DO NOTHING FOR THIS PLAINTIFF- ①

(169) ON DECEMBER 06, 2017, ON THIS PLAINTIFF'S WAY TO AND FROM THE NU-6-GALLORY TO/FROM CHOW HALL WITHOUT ANY KIND OF PROVIKATION ON 6-6-FLAG DEFENDANT, _THREADGILLE_ THREATENED TO "BEAT THE HOLLY SHIT" OUT OF THIS PLAINTIFF FOR NO REASON AT ALL- ①

(170) ON _DECEMBER 07, 2017_, [redacted] DEFENDANT, LT/MAJOR, JOHN DOE #10, (½) OF INTERNAL AFFAIRS INTERVIEWED THIS [redacted] PLAINTIFF REGARDING PLAINTIFF'S GRIEVANCE #137-9-17, DATED 09/02/2017, AT THE REQUEST OF THE ADMINISTRATIVE REVIEW BOARD, FOR ABOVE DESCRIBED ISSUES WITHIN THIS COMPLAINT- ①

(171) ON DECEMBER 20, 2017,. AT ABOUT 8:00am, DEFENDANT, C/O FURLOW CAME TO THIS PLAINTIFF'S CELL (NU-612) AND STARTED TO THREATEN TO BEAT THIS PLAINTIFF'S ASS AND "FUCK" PLAINTIFF'S THINGS UP, AND TOLD PLAINTIFF TO PACK HIS "SHIT" BECAUSE PLAINTIFF WAS MOVING AND PLAINTIFF'S CELLY ① WAS ALSO MOVING.

(172) ON DECEMBER 20, 2017, UPON THIS PLAINTIFF EXITING CELL NU-612 TO MOVE DEFENDANT'S, FURLOW, YANKEY, AND GROSS WERE STANDING OUTSIDE OF PLAINTIFF'S CELL NU-612, WHERE THEY ALL (3) STARTED TO THREATEN TO BEAT PLAINTIFF AND SEXUALY HARASS PLAINTIFF TRYING TO PROVOK PLAINTIFF INTO DOING SOMETHING THAT THEY COULD USE TO JUSTIFY BEATING PLAINTIFF'S ASS. ①

(173) FURTHERMORE, ON DECEMBER 20, 2017, DEFENDANT'S, FURLOW, YAUKEY, GROSS, AND SGT. JAMES WOULD NOT LET THIS PLAINTIFF USE A CART TO MOVE PLAINTIFF'S PROPERTY DOWN THE GALLERY FROM PLAINTIFF'S CELL NU-617 TO ABOUT NU-654, WHERE THIS PLAINTIFF WAS FORCED TO CARY PLAINTIFF'S PROPERTY BOXES TO THE NU-6-GALLORY FLAG KNOWING OF THIS PLAINTIFF'S LEFT 4TH RING FINGER INJURY, AND LEFT SIDE NECK INJURIES, AND BACK ISSUES, CAUSING SAID INJURIES TO BE RE-AGGRAVATING[ED]. WHEN THIS PLAINTIFF REQUESTED OF DEFENDANTS, FURLOW, YAUKEY, GROSS, AND SGT. JAMES THEY RESPONDED BY THROWING PLAINTIFF'S PROPERTY DOWN THE STAIRS (ALL FLIGHTS) FROM THE SIX (6) GALLORY TO THE GROUND, FLOOR FLINGING ALL PLAINTIFF'S PROPERTY ALL OVER THE PLACE DESTROYING SOME OF PLAINTIFF'S PROPERTY, TELLING PLAINTIFF THAT PLAINTIFF SHOULD NOT HAVE FILED GRIEVANCES ON THEM. THE THREATS JOINTLY CONTINUED FROM ALL (4) ABOVE DEFENDANTS FROM SEXUAL, ASSAULT AND BATTERY, TO BOGUS DISCIPLINARY SANCTIONS/TICKET, AND SEGREGATION FOR OVER ONE HOUR.①

(174) ON DECEMBER 20, 2017, WHILE THIS PLAINTIFF WAS PICKING UP PLAINTIFF'S PROPERTY AS ABOVE DESCRIBED IN PH# 173 THIS PLAINTIFF WAS SCHEDULED FOR A "LEGAL CALL", WHERE DEFENDANT, FURLOW TOOK THIS PLAINTIFF'S CALL PASS FOR LEGAL CALL AND TOLD PLAINTIFF TO SIGN ON IT (REFUSE) AND PLAINTIFF'S NAME AND NUMBER. THIS PLAINTIFF REFUSED TO SIGN UNTILL AFTER DEFENDANT, FURLOW SLAMED PLAINTIFFS HEAD INTO THE BARS, WHERE FURLOW ALSO FORCED PLAINTIFF TO SIGN ANOTHER PIECE OF PAPER INDICATING PLAINTIFF REFUSED. THIS PLAINTIFF NEVER REFUSED PLAINTIFF'S LEGAL CALL, BUT UPON ASKIN DEFENDANTS FURLOW, YAUKEY AND SGT. JAMES, AND OTHER UNIDENTIFIED JOHN DOE'S, et al, TO TAKE PLAINTIFF TO THE CHAPEL FOR PLAINTIFF'S LEGAL CALL THEY ALL REFUSED TO DO SO DENYING PLAINTIFF OF HIS CALL WITH HIS LAWYER IN BENTZ (V) HOWEL, USDC/SDIL, PLAINTIFF WAS LATER MOVED TO SOUTH UPPERS CELL HOUSE, CELL #846 (SU-846) ①

(175) UPON THIS PLAINTIFF ARIVING WITHIN THE SOUTH UPPERS CELL HOUSE PLAINTIFF REQUESTED TO GO TO MEDICAL FOR PLAINTIFF'S REAGGRAVATED INJURIES AS ABOVE DESCRIBED WITHIN PH# 173,174 OF UNIDENTIFIED JOHN DOE'S, et al, WHO TOLD THIS PLAINTIFF TO PUT IN A SICK CALL BECAUSE THEY WOULD NOT GET PLAINTIFF MEDICAL CARE.

(176) BETWEEN THE DATES OF DECEMBER 20, 2017, WITHIN THE SOUTH UPPERS CELL HOUSE AND THE DATE OF MARCH 30, 2018, THIS PLAINTIFF HAS CONTINUALY PUT IN FOR MEDICAL CARE BY MEANS OF A HAND WRITTEN REQUEST FOR ALL ABOVE ISSUES BY PLACING SAID REQUEST WITHIN THE SU SICK CALL BOX ALL TO NO AVAIL, WHERE PLAINTIFF HAS ALSO REQUESTED FOR MEDICAL CARE FOR ABOVE MEDICAL ISSUES OF SEVERAL UNIDENTIFIED JOHN AND JANE DOE'S, et al, ALL TO NO AVAIL WHERE PLAINTIFF IS TOLD TO PUT IN A SICK CALL SLIP/REQUEST. TO INCLUDE DEFENDANT, JASON WALLER ALL TO NO AVAIL.

(177) ON JANUARY 26, 2018, THIS PLAINTIFF WAS SEEN WITHIN THE SOUTH UPPERS CELLHOUSE HEALTHCARE BY DEFENDANT, MOLDENHAUER FOR PLAINTIFF'S MEDICAL ISSUES UNRELATED TO THIS ACTION, WHERE PLAINTIFF REQUESTED CARE FOR THIS PLAINTIFF'S LEFT RING FINGER (SERIOUS MEDICAL NEED) AND CHRONIC PAIN. DEFENDANT, MOLDENHAUER REFUSED TO DO ANYTHING FOR PLAINTIFF AND TOLD THIS PLAINTIFF "IF YOU WANT MEDICAL CARE YOU WILL HAVE TO SUE ME" TO QUOTE MOLDENHAUER. THIS PLAINTIFF WAS DENIED OF ANY CARE FOR PLAINTIFF'S SERIOUS MEDICAL NEEDS AND CHRONIC PAIN (BOTH WERE OBVIOUS)

(178) ON MARCH 30, 2018 THIS PLAINTIFF WAS SEEN WITHIN THE SOUTH UPPERS CELL HOUSE (SU-846) HEALTHCARE BY DEFENDANT, NURSE MISS. MEARS REGARDING PLAINTIFF'S SERIOUS MEDICAL NEEDS AND CHRONIC PAIN TO PLAINTIFF'S LEFT RING FINGER, AND OTHER MEDICAL ISSUES UNRELATED TO THIS ACTION, WHERE DEFENDANT WALLER WAS ALSO IN THE ROOM IN VIOLATION OF H.I.P.A.A. ACT. DEFENDANT MEARS LEARNED OF PLAINTIFF'S LAW SUIT (BEARS(?) MADE) MEARS REFUSED TO DO ANYTHING FOR THIS PLAINTIFF DISPITE PLAINTIFF'S OBVIOUSLY SERIOUS MEDICAL NEEDS AND CHRONIC PAIN.

(179) THIS PLAINTIFF HAS CONTINUALLY FILED OTHER GRIEVANCES NOT MENTIONED WITHIN THIS COMPLAINT REGARDING ISSUES AND/OR DEFENDANTS' WITHIN THIS ACTION MOST IF NOT ALL TO NO AVAIL.

(180) THE DEFENDANT, WEXFORD HEALTH SERVICE HAS A HISTORY OF NOT KEEPING ADEQUATE MEDICAL RECORDS ON INMATES MAKING INMATES RECORDS (MEDICAL RECORDS) WORTHLESS (TO INCLUDE THIS PLAINTIFF'S MEDICAL RECORDS) AS PREVIOUS EXPERT REPORTS (RECENT REPORTS) HAVE SHOWN, AND THEY ARE GETTING EVEN WORSE WITHIN I.D.O.C. AS A WHOLE.

(181) THERE IS ABSOLUTLY NO ACCOUNTABILITY FOR ANY DEFENDANT[S] ACTION[S] LACK OF ACTION[S], FAILURE TO ACT WITHIN THIS ACTION AS DESCRIBED IN THIS ACTION TO THE DEFENDANT[S] THEMSELVES PERSONALY WHETHER PLAINTIFF PREVAILS AND/OR OTHER WITHIN THIS ACTION.

(182) THE ABOVE ACTIONS OF DEFENDANTS' AFOREMENTIONED WITHIN THIS ACTION CONSTITUTES THE TORT OF NEGLIGENCE.

(183) THE DEFENDANT[S], WEXFORD HEALTH SERVICE, IS UNDER CONTRACT WITH DEFENDANT, (BY) THE ILLINOIS DEPARTMENT OF CORRECTIONS, AND/OR MENARD CORRECTIONAL CENTER, AND IS FURTHERMORE UNDER CONTRACT WITH THE AFOREMENTIONED MEDICAL DEFENDANTS' WITHIN THIS ACTION (i.e. DRS, MED. TECH'S NURSES, N.P.'S ECT...) AND IN FULL AGREEMENT BY CONTRACT, POLICIE[S] WRITTEN AND/OR UNWRITTEN TO NOT TREAT CERTAIN CHRONIC MEDICAL ISSUES/NEEDS IN VIOLATION OF INMATES AND PLAINTIFF'S CONSTITUTIONAL RIGHTS TO ADEQUATE HEALTHCARE.

(184) BETWEEN THE DATES OF _AUGUST 11, 2017_, THROUGHOUT _MARCH 30, 2018_ THIS PLAINTIFF HAS CONTINUALY REQUESTED MEDICAL CARE FOR PLAINTIFF'S SERIOUS MEDICAL NEEDS AND CHRONIC PAIN FOR PLAINTIFF'S OBVIOUS INJURIES AS ABOVE DESCRIBED WITHIN THIS COMPLAINT, WHERE SAID REQUEST WERE MADE PERSONALY KNOWN TO DEFENDANTS (FOR SAKE OF NON REPETIVNESS SOME DEFENDANTS ARE ONLY NAMED WITH WITHIN THIS PH#184 BUT ARE SUED ALL THE SAME), _MULHOLLAND_ _NURSE JANE DOE#6_, DEAN GROSS, K.MAUE, KELLY PIERCE, ALEX JONES, _DR. SHAH, DR. SIDDIQUI_, FURLOW, FRITSCHE, SHERRY BENTON, MOLDENHAUER, ALSUP, LASHBROOK, YAWKEY, _NURSE JANE DOE#7_, HALLY HAWKINS, MIKE McCLURE, DEDE SHORT, _JANE DOE#5_ (NURSE), NURSE JOHN DOE#8, SGT. JAMES, LT. QUALLS, NURSE JANE DOE#9, _THREADGILL_, LT/MAJ. JR. 1'14 JOHN DOE#10, TAMERA TURNER, JASON WALLER, NURSE MISS MEARS, AND UNIDENTIFIED JOHN AND JANE DOES, et al SEVERAL COUNTLESS REQUEST OF EACH ALL TO NO AVAIL, WHERE ALL (ETCH) HAD PERSONAL KNOWLAGE AND ABILITY TO REMEDIE BUT FAILED TO DO SO.

(185) THE PERSONS NAMED IN THIS ACTION ABSOLUTELY DO NOT HAVE IMPUNITY WHEN _THEY_ INFRING THE CONSTITUTIONAL AUTHORITY THAT PENOLOGICALLY JUSTIFIES SOUND DECISION MAKING IN THE DAILY OPERATIONS OF PRISON.

DATE: 05/03/2018

/S/ David Bentz

DAVID BENTZ (AS-03210)
MENARD CORRECTIONAL CENTER
P.O. BOX #1000
MENARD, ILLINOIS
62259

## FOOT NOTE LIST:

FN#1: EXHIBITS #6, 7, 30, 60, 61, 64, 66

## REQUEST FOR RELIEF

THE PLAINTIFF, DAVID ROBERT BENTZ, PRO-SE, RESPECTIVELY PRAYS THAT THIS HONORABLE COURT WILL:

(A) AWARD _NOMINAL_ DAMAGES IN THE FOLLOWING AMOUNTS TO VINDICATE THE PLAINTIFF'S RIGHTS, IN THAT THE DEFENDANTS' WILLFULLY AND KNOWINGLY VIOLATED:

(1) $10,000 JOINTLY AND SEVERALLY AGAINST _ALL_ DEFENDANTS' NAMED HEREIN;

(B) AWARD _PUNITIVE_ DAMAGES IN THE FOLLOWING AMOUNTS TO DETER UNNECESSARY AND WANTON INFLICTION OF PAIN CAUSED BY OFFICIALS, AND INDIVIDUAL ACTS OR FAILURES TO ACT THAT WERE WITHOUT PENOLOGICAL JUSTIFICATION, RESULTING IN GRATUITOUS INFLICTION OF PAIN AND SUFFERING - AS SUCH GRATUITOUS INFLICTION OF PAIN ALWAYS VIOLATES CONTEMPORARY STANDARDS OF DECENCY, AND NEED NOT PRODUCE VISIBLE INJURY OR SERIOUS INJURY, IN ORDER TO OFFEND THE EIGHTH AMENDMENT OF THE U.S. CONSTITUTION:

(1) $50,000 AND/OR NINE TIMES (9X'S) ACTUAL DAMAGES AWARDED JOINTLY AND SEVERALLY AGAINST _ALL_ DEFENDANTS' NAMED HEREIN;

(C) AWARD _COMPENSATORY_ DAMAGES IN THE FOLLOWING AMOUNTS FOR THE PHYSICAL INJURY (IES) SUSTAINED AND PAIN SUFFERED BY THIS PLAINTIFF DUE TO THE CONSTITUTIONAL RIGHT VIOLATIONS THAT WERE INTENTIONALLY INFLICTED UPON PLAINTIFF:

(1) $50,000 JOINTLY AND SEVERALLY AGAINST _ALL_ DEFENDANT'S NAMED HEREIN FOR THEIR FAILURE TO GET AND/OR PROVIDE PLAINTIFF ADEQUATE MEDICAL CARE FOR SERIOUS MEDICAL NEEDS AND CHRONIC PAIN, AND FOR DELAY IN CARE.

(2) $20,000 JOINTLY AND SEVERALLY AGAINST DEFENDANT'S, _MIKE McCLURE_, _JASON FURLOW, MASON YANKEY, DEAN GROSS, SGT. MR. JAMES_, AND OTHER _UNIDENTIFIED JOHN AND JANE DOES_, et al, FOR THE SEXUAL ASSAULT AND BATTERY, AND SEXUAL HARASSMENT, AND OTHER AS DESCRIBED WITHIN THIS ACTION TO THIS PLAINTIFF.

D) ISSUE A _DECLARATORY_ JUDGMENT STATING THAT:

    ① THE PHYSICAL ABUSE OF PLAINTIFF BY DEFENDANTS VIOLATED [S] PLAINTIFF'S STATE LAW RIGHTS AND PLAINTIFF'S RIGHTS UNDER THE EIGHTH AMENDMENT, AS A CONVICTED SENTENCED PRISONER, TO CONSTITUTION AND CONSTITUTES AN ASSAULT AND BATTERY UNDER STATE LAW;

E) ISSUE A _PRE-LIMINARY INJUNCTION_ AND/OR _T.R.O._ ORDERING THE ILLINOIS DEPARTMENT OF CORRECTIONS AND/OR MENARD CORRECTIONAL CENTER TO:

    ① IMMEDIATELY ARRANGE FOR DEFENDANT'S, _JASON FURLOW, MASON YANKEY, DEAN GROSS, SGT. MR. JAMES_, TO BE T.R.O. FROM THIS PLAINTIFF

    ② IMMEDIATELY ARRANGE FOR PLAINTIFF TO RECEIVE PAIN MEDS AND MUSLE RELAXERS, AND TO DIAGNOSE NECK ISSUES, AND ADDRESS FURTHER ISSUES.

F) GRANT SUCH _OTHER_ AND FURTHER RELIEF TO STOP SAID CONSTITUTIONAL RIGHTS VIOLATIONS, AND/OR RELIEF AS IT MAY APPEAR THIS PLAINTIFF IS ENTITLED.

DATE: 05/03/2018

/S/ David Bentz

DAVID BENTZ (#S-03212)
MENARD CORRECTIONAL CENTER
P.O. BOX #1000
MENARD, ILLINOIS
62259

MUL
34



MCL
35

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE II

I, THE UNDERSIGNED, CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF, THAT THIS COMPLAINT IS IN FULL COMPLIANCE WITH RULE II(a) AND (b) OF THE FEDERAL RULE OF CIVIL PROCEDURE. THE UNDERSIGNED ALSO RECOGNIZES THAT FAILURE TO COMPLY WITH RULE II(a) AND (b) MAY RESULT IN SANCTIONS, MONETARY OR NON-MONETARY, PURSUANT TO F.R.C.P. RULE II(c).

THE PLAINTIFF HEREBY REQUEST THE COURT ISSUE ALL APPROPRIATE SERVICES AND/OR NOTICES TO THE DEFENDANTS.

SIGNED THIS 03RD DAY OF MAY , 2018

BY

DAVID BENTZ (#S-03210)
MENARD CORRECTIONAL CENTER
P.O. BOX #1000
MENARD, ILLINOIS
62259

MUL
36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID ROBERT BENTZ (#5-03210),
      PLAINTIFF

-VS-                                    DOCKET NO:

MULHOLLAND, et al,
      DEFENDANTS

## CERTIFICATE OF SERVICE

I DAVID BENTZ, PRO-SE, PLAINTIFF, IN THIS ACTION DO HEREBY
CERTIFY THAT ON BELOW DATE I PLACED WITHIN MENARD INSTITUTIONAL MAIL
TO THE LAW LIBRARY FOR E-FILING TO THIS COURT THE ATTACHED:
COMPLAINT AND EXHIBITS TOTALING 179-PAGES IN ALL.

DATE: 05/03/2018

                    by /s/ David
                    DAVID BENTZ (#5-03210)
                    MENARD CORRECTIONAL CENTER
                    P.O. BOX # 1000
                    MENARD, ILLINOIS
                    62259