## LIST OF EXHIBITS ⟨1-3⟩

| EX# | DATE | DISCRIPTION | PAGES |
|---|---|---|---|
| 1 | 07/30/17 | HEALTH CARE REQUEST | 1 |
| 2 | 08/02/17 | MED RECORD PER L-RING FIRNGER | 1 |
| 3 | 08/02/17 | SHAKEDOWN SLIP OF ORANGE CRUSH Sb T. SMITH | 1 |
| 4 | 08/03/17 | HEALTHCARE REQUEST | 1 |
| 5 | 08/06/17 | MED RECORD PER NECK | 1 |
| 6 | 08/11/17 | EMERGANCY GRIEVANCE TO WARDEN LASHBROOK | 2 |
| 7 | 08/11/17 | GRIEVANCE TO COUNSELER K. ALSIP | 2 |
| 8 | 08/14/17 | HEALTH CARE REQUEST | 1 |
| 9 | 08/16/17 | NU-LEGAL EXCHANGE CALL PASS ⟨8:00AM⟩ | 1 |
| 10 | 08/16/17 | NU-IN HOUSE MEDICAL CALL PASS ⟨7:30AM⟩ | 1 |
| 11 | 08/16/17 | MED RECORDS PER L-RING FIRNGER, NECK | 1 |
| 12 | 08/16/17 | HAND COPY OF NU-INHOUSE MEDICAL CALL PASS ⟨7:30 AM⟩ WITH NOTE | 1 |
| 13 | 08/16/17 | HEALTHCARE REQUEST | 1 |
| 14 | 08/20/17 | HEALTH CARE REQUEST | 1 |
| 15 | 08/22/17 | HEALTH CARE REQUEST | 1 |
| 16 | 08/24/17 | NU-HEALTHCARE IN HOUSE CALL PASS ⟨12:00PM⟩ | 1 |
| 17 | 08/28/17 | HEALTHCARE REQUEST | 1 |
| 18 | 08/29/17 | HEALTHCARE CALL PASS FOR X-RAY L-RING FIRNGER HANDCOPY⟨7:30⟩ | 1 |
| 19 | 08/29/17 | L-RING FIRNGER X-RAY REPORT | 1 |
| 20 | 08/31/17 | RECEIPT FOR POSTAGE OF GRIEVANCE #08-11-17 DATE EMRG TO A.R.B. | 1 |
| 21 | 08/31/17 | RECEIPT FOR COPY OF GRIEVANCE DATED 08/11/17 EMERG TO S&DIS ARB | 1 |
| 22 | 08/31/17 | HEALTHCARE REQUEST | 1 |
| 23 | 09/02/17 | HEALTHCARE CALL PASS⟨HMW⟩ RESULT OF MR BENTZ'S E-MAIL/COMPLAINT 12:00pm FAMILY COMPLAINT DATED 09/01/17 ⟨HAND COPY⟩ DR. SHAH | 1 |
| 24 | 09/02/17 | MED RECORDS FROM 08/25/17 TO 09/02/17 | 1 |
| 25 | 09/03/17 | HEALTH CARE REQUEST | 1 |
| 26 | 09/06/17 | HEALTHCARE REQUEST | 1 |
| 27 | 09/08/17 | SHAKEDOWN SLIP OF ORANGE CRUSH | 1 |
| 28 | 09/08/17 | HEALTH CARE REQUEST | 1 |
| 29 | 09/10/17 | HEALTHCARE REQUEST | 1 |
| 30 | 09/11/17 | FULLY EXHAUSTED GRIEVANCE DATED: 08/11/17 EMERGANCY | 3 |
| 31 | 09/12/17 | HEALTHCARE REQUEST | 1 |
| 32 | 09/13; 09/14/17 | MEDICAL RECORDS FROM 09/13/17 TO 09/13/17 PER X-RAY L/K FINGER | 1 |
| 33 | 09/13/17 | MEDICAL RECORD PER NECK | 1 |
| 34 | 09/13/17 | MEDICAL RECORD PER L-RING FIRNGER | 1 |
| 35 | 09/13/17 | L-RING FIRNGER X-RAY REPORT | 1 |
| 36 | 09/19/17 | HEALTH CARE REQUEST | 1 |
| 37 | 09/20/17 | NU-HEALTHCARE CALL PASS ⟨7:30⟩ AM | 1 |
| 38 | 09/20/17 | MED RECORDS PER L-RING FIRNGER + NECK | 1 |
| 39 | 09/21/17 | MED RECORDS | 1 |
| 40 | 09/22/17 | HEALTHCARE REQUEST | 1 |

# LIST OF EXHIBITS (2-3)

| EX# | DATE | DISCRIPTION | PAGES |
|---|---|---|---|
| 41 | 09/24/17 | HEALTH CARE REQUEST | 1 |
| 42 | 09/26/17 | HEALTHCARE REQUEST | 1 |
| 43 | 09/28/17 | HEALTHCARE REQUEST | 1 |
| 44 | 09/30/17 | RECEIPT FOR 5.00 MED CO-PAY PER L-RING FURGHER | 1 |
| 45 | 09/30/17 | MED RECORDS PER L-RING FURGHER, | 1 |
| 46 | 09/02/17 | NU-HEALTH CARE CALL PASS (MORE ON PASS) | 1 |
| 47 | 10/02/17 | MEDICAL RECORD PER NECK, L-RING FURGHER | 1 |
| 48 | 10/10/17 | LEFT RING FURGHER X-RAY REPORT | 1 |
| 49 | 10/10 TO 10/23 | MED RECORDS PER L-RING FURGHER (10/10/17 TO 10/23/17 | 1 |
| 50 | 10/10/17 | LETTER TO JOHN HOWARD ASSOCIATION (PREA) AND RIGHT-HAND | 1 |
| 51 | 10/12/17 | REQUEST TO MENTAL HEALTH | 1 |
| 52 | 10/20/17 | RECEIPT FOR COPIES OF EXHIBITS IN THIS ACTION (3 OF MUL) | 1 |
| 53 | 10/23/17 | LEFT RING FURGHER X-RAY REPORT | 1 |
| 54 | 10/24/17 | NU-HEALTHCARE CALL PASS (12:00 pm) | 1 |
| 55 | 10/29/17 | LETTER FROM JOHN HOWARD ASSOCIATION (PREA) | 1 |
| 56 | 11/01/17 | RECEIPT FROM GRIEVANCE OFFICE PER GRIEVANCE #8-11-17, #9-11-17 & #5 BOTH DATED 10/10/17 | 1 |
| 57 | 11/06/17 | RECEIPT OF POSTAGE TO A.R.B. PER GRIEVANCE #137-9-17; 136-9-17; AND #135-9-17 | 1 |
| 58 | 11/10/17 | HEALTHCARE CALL PASS (HARD COPY) | 1 |
| 59 | 11/10/17 | MED RECORD PER L-RING FURGHER | 1 |
| 60 | 11/16/17 | FULLY EXHAUSTED GRIEVANCES #137-9-17; DATED: 9/02/17; AND 8/11/17 | 7 |
| 61 | 11/16/2017 | FULLY EXHAUSTED GRIEVANCE #136-9-17; DATED: 08/11/17 | 5 |
| 62 | 11/22/17 | COUNSELING SUMMARY PER GRIEVANCE #8-11-17 DATED 11/22/17 | 1 |
| 63 | 11/30/17 | SHAKE DOWN SLIP OF ORANGE CRUSH, (6 ANDERSON #8217) | 1 |
| 64 | 12/19/17 | FULLY EXHAUSTED GRIEVANCE #137-9-17; DATED: 09/02/17 | 6 |
| 65 | 12/01/17 | HEALTHCARE REQUEST | 1 |
| 66 | 01/03/18 | LETTER/GRIEVANCE #137-9-17 (PREA) TO A.R.B | 7 |
| 67 | 01/25/18 | FULLY EXHAUSTED GRIEVANCE #8-11-17, DATED: 10/10/17 | 1 |
| 68 | 01/26/18 | HEALTHCARE CALL PASS IN NU-HEALTHCARE (7:30 pm) MORE ON EXHIBIT | 1 |
| 69 | 02/22/18 | FULLY EXHAUSTED GRIEVANCE #229-12-17; DATED: 12/06/17 | 1 |
| 70 | 10/10/14 | X-RAY REPORT PER NECK | 1 |
| 71 | 9/25/16 | X-RAY REPORT PER NECK | 1 |
| 72 | 06/15/17 | X-RAY REPORT PER NECK | 1 |
| 73 | | MED CHART NOT ALL MEDS REFILLED (MEDICATION [57] | 8 |
| 74 | 12/12/17 | COUNSELING SUMMARY PER GRIEVANCE #8-11-17; DATED: 10/10/17 | 1 |
| 75 | 12/12/17 | COUNSELING SUMMARY PER GRIEVANCE #8-11-17; DATED: 10/10/17 (2nd) | 1 |
| 76 | 12/14/17 | COUNSELING SUMMARY PER GRIEVANCE #229-12-17; DATED 12/6/17 | 1 |
| 77 | 01/02/17 | A.R.B. FULL/FINAL EXHAUSTION PER GRIEVANCE #137-9-17; DATE | 1 |
| 78 | 01/03/17 | LETTER TO A.R.B. PER GRIEVANCE #137-9-17 (PREA) | 1 |
| 79 | 01/22/18 | COUNSELING SUMMARY PER GRIEVANCE #229-12-17 (2nd L), DATED: 12/6/17 | 1 |

MUL
39

## LIST OF EXHIBITS ⟨3-3⟩

| EX # | DATE | DISCRIPTION | PAGES |
|------|------|-------------|-------|
| 80 | 01/26/18 | GRIEVANCE ⟨3RD⟩ ATTEMPT (HAND COPY) TO NO AVAIL #511-1-18 | 2 |
| 81 | 03/15/18 | COUNSELING SUMMARY PER GRIEVANCE #511-1-18 ⟨2nd 1ED⟩ DATED:1/26/18 | 1 |
| 82 | 01/23/18 | RECORD PER GRIEVANCE #8-11-17; DATED:10/11/17 | 1 |
| 83 | 11/14/17 | RECORD PER GRIEVANCE #137-9-17; DATED: 09/02/17 | 1 |
| 84 | 11/14/17 | RECORD PER GRIEVANCE #136-9-17; DATED: 08/11/17 | 1 |
| 85 | 12/1/02 | CORRECTIONAL OFFICER, DISTINGUSHING FEATURES OF WORK POSITION CODE #09625, EFFECTIVE: 12/01/02 | 2 |

MU
40

HEALTH CARE                                    07/30/17
    BROKEN 4ᵗʰ (RING) FIRNGER LEFT
HAND ON 07/29/17

                    [signature]
                    BENTZ #S-03210
                    NV-617

                                        MUL
                                    MUL  EX #1
                                    41   1-1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>MENARD CORRECTIONAL</u>   Center

**Non-Specific Discomfort**

Offender Information:

Last Name: Bentz    First Name: David    MI: ___    ID#: S03210

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/2/17 0935 | S) - Any Allergies<br>NKA | P) MD Referral<br>to eval, order X-ray |
| | - Location of pain / discomfort<br>(R) ring finger, 2nd joint | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain<br>(Stabbing) (Throbbing) Constant (Intermittent) Etc.<br>-ache | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated<br>No / NA | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10<br>unknown | |
| | - Duration of pain<br>x 4 days | No MD referral |
| 98% SPO₂ | O)<br>T 98.2  P 75  R 12  BP 108/80  WT 130 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort<br>(R) @ present time, until area is palpated. | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | Patient Teaching |
| | - Observations related to body part affected<br>I/M believes he broke his finger, slammed in cell door | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | Edema, bruising present. ROM limited d/t pain, possible fx? | |
| | Finger cool | |
| | | Nurse Signature<br>Michelle C R N |
| | A) Non-Specific Discomfort | Payment voucher   (YES)   NO |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

BENTZ MCC (MR) 0072

Big Muddy River CC
% T. Smith 4349

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Shakedown Record/Confiscated Contraband**

08/02/17
NV612

| | | |
|---|---|---|
| Exhibit No. | _____ | |
| CLIC No. | _____ | |

Date: _____ Time: 12:40 ☐ a.m. ☑ p.m. Bldg. Area: ALL
Living Area: _____ Occupied: ☑ Yes ☐ No
Violator: _____ No. _____
Violator: _____ No. _____
Was any contraband found? ☐ Yes ☑ No
Item(s) (Description and circumstances of discovery): _____

_____ Nun+ _____

_____ Fovnd _____

Witness: _____

Disciplinary Report written: ☐ Yes ☑ No    Incident Report written: ☐ Yes ☑ No

T Smith _____ (Employee Signature)
4349     5 217     1:45 ☐ a.m. ☑ p.m.
Badge No.     Date     Time

Shift Supervisor: Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.
☐ Major Contraband   ☐ Minor Contraband: _____ Signature

Disposition: _____
Date: _____ Time: _____ ☐ a.m. ☐ p.m. Initials: _____

Receiving Custodian: Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.
☐ Major Contraband   ☐ Minor Contraband: _____ Custodian Signature

Chain-of-Custody after the Custodian has received the Item:
From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.
From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.
From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.
From: _____ To: _____
Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

Final Disposition: _____
Date: _____ Custodian's Initials: _____

Distribution: With Item (Tag); Supervisor; Employee; Disciplinary Report; Violator

DOC0300 (Eff. 4/2006)
(Replaces DC 252)

HEALTH CARE,                              08/03/2017

    (1) I HAVE CHRONIC PAIN, SWELLING AND OTHER
TO LEFT NECK AREA. D.O TO CRUSH SHAKEDOWN
ON 08/02/2017 (NU-6-CARD) RE-AGRIVATED MY
NECK ISSUES I NEED MUSEL RELAXERS AND REQUEST
M.R.I. INORDER TO DIOGNOSE CAUSE OF NECK ISSUES

    (2) CRUSH TOOK MY MED STUFF GIVEN BY NURSE
ON MORNING OF 08/02/2017 BEFORE SHAKEDOWN GIVEN
FOR LEFT HAND 4TH (RING) FINGER WHICH IS BROKEN.

    (3) THEY ALSO TOOK MY IBU'S FOR NECK THAT WERE PRESCRIBED
PLEASE SEND ME REFILL

                       BENTZ S-03210
                       NU-612

MUL
EX #9
1-1

MUL
44

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>MENARD CORRECTIONAL</u>   Center

**Non-Specific Discomfort**

Offender Information:

Last Name: Bentz   First Name: David   MI: ___   ID#: S03210

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/6/18 | S) - Any Allergies<br>NKDA | P) MD Referral Request MRI, Robaxin<br>Ibuprofen needs refilled |
| 10 Oa | - Location of pain / discomfort<br>neck | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain<br>Stabbing  Throbbing  (Constant)  Intermittent  Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated<br>yes - methocarbamol | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10<br>varies | No MD referral |
| | - Duration of pain<br>May 2014 - injury d/t S.A. | |
| 91% 96SPO2 | O) T: 98.1  P: 61  R: 16  BP: 126/88  WT: 130 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort<br>Does not turn head | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | Patient Teaching |
| | - Observations related to body part affected<br>∅ current exror H · Current swelling to back of neck, into occipital area. Becomes much larger + more painful multiple x's daily - Hard to go to sleep, but doesn't usually keep him awake | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | A) Non-Specific Discomfort | Nurse Signature [signature]<br>Payment voucher  (YES)   NO |

MUL EX #5 1-1

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

BENTZ MCC (MR) 0073

MUL 45

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 08/11/2017 | Committed Person: (Please Print) DAVID BENTZ | ID# S-03210 |
|---|---|---|
| Present Facility: MENARD | Facility where grievance issue occurred: MENARD | NU-6-12 |

**NATURE OF GRIEVANCE:**

| | | | DENIAL OF MEDICAL CARE, PAIN MEDICATION, AND OTHER FOR BROKEN |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability 4TH RING FINGER ON LEFT |
| ☐ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☒ Other (specify) HAND; DELIBERATE INDIFFERENCE CRUEL AND UNUSUAL |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | PUNISHMENT; STATE LAW AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS, |
| ☐ Disciplinary Report: ___/___/___ | | | AND OTHER MEDICAL RELATED ISSUES |
| Date of Report | | Facility where issued | AND RETALIATION |

SENT TO COUNSELOR (BY BOX)
MLSUP ON 08/15/2017 IN+TO
ARB WS. MAIL ON 08/31/17

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer**, only if EMERGENCY grievance.
  **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: EMERGENCY GRIEVANCE TO WARDEN LASHBROOK
THIS GRIEVANCE IS BEING BROUGHT AGAINST JOHN AND JANE DOE DAILY DEFENDANTS' OF THE ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC) ADMINISTRATIVE, SUPERVISORIAL, SECURITY AND MEDICAL PERSONNEL (TO INCLUDE THOSE CONTRACTED FOR OR BY IDOC AND LISTED) HEALTH ISSUES AND OTHERS WHO, IN THEIR PROFESSIONAL, INDIVIDUAL OR OFFICIAL CAPACITIES DO FORMULATE, AUTHORIZE, TRAIN, COLLUDE, ACQUIESCE, OR OTHERWISE DIRECT THIS GRIEVANT TO BE DEPRIVED OF MEDICAL CARE, ACCESS, PAIN MEDICATION, AND OTHER FOR A EXTENDED PERIOD OF TIME, AND/OR FOR NO PERSON AT ALL. THIS GRIEVANCE IS BEING SUBMITTED IN CONTEMPLATION OF AND EXPECTATION FOR LITIGATION/ALLEGES DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF PRESCRIBED PAIN MEDICATION, DENIAL OF MEDICAL CARE, ALLEGING VIOLATIONS OF STATE LAW, AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS.
  THIS GRIEVANCE ARISES FROM THE ABOVE RESPONDENTS' DENYING THIS GRIEVANT OF MEDICAL CARE FOR A INJURY TO LEFT HAND, SPECIFICALLY 4TH RING FINGER ON LEFT HAND WHICH IS OBVIOUSLY BROKEN BY 45's OUT OF PLACE, AND DENIAL OF PAIN MEDICATION, AND DENIAL OF DOCTOR ORDERS.
  ON JULY 29,2017. I WAS RETURNING FROM EVENING YARD UPON CLOSING MY CELL DOOR NU-6/2 MY LEFT HAND SOMEHOW GOT CAUGHT IN THE DOOR AND BROKE MY LEFT HAND 4TH FINGER (RING FINGER) WHERE MY FINGER BENT 45 IN A DIRECTION IT IS NOT TO BEND.
  ON JULY 30, 2017, I PLACED WITHIN NU-CELL HOUSE A SICK CALL SLIP (HAND WRITTEN) REQUESTING MEDICAL CARE FOR MY BROKEN FINGER.
  ON AUGUST 01, 2017, NU CELL HOUSE WENT ON LEVEL-ONE LOCKDOWN, UNTIL AUGUST 07, 2017.
  ON AUGUST 02,2017, I WAS SEEN IN CELL HOUSE FOR MADE SICK CALL SLIP BY NU-CELL HOUSE JANE DOE NURSE, SHE TOLD ME MY FINGER LOOKED BROKEN, BUT TOLD ME SHE CAN NOT SEND ME TO MEDICAL CARE BECAUSE MENARD/MEDFORD WILL NOT LET HER BECAUSE THEY DO NOT CONSIDER MY BROKEN FINGER A SERIOUS ENOUGH ISSUE/MEDICAL NEED TO DO AN X-RAY AND I WOULD HAVE TO WAIT UNTIL WE CAME OFF OF LOCKDOWN AS LOCKDOWN WAS THE REASON SHE COULD NOT SEND ME TO SEE A DOCTOR PER POLICIES. SHE GAVE ME A TOUNG COMPRESSOR AND TAPE TO MAKE MY FINGER STRAIT (AKE SPLIT SPLINT). I WAS ALREADY PRESCRIBED ISU's FOR A PREVIOUS KNEE INJURY, BUT

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] | S-03210 | 08,11,2017 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

| _____ | _____ | _____ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

RECEIVED
AUG 18 2017   ECO

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

| [signature] PA | | 8/18/17 |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

MUL
EX #18
1-2

MUL
46

Distribution: Master File; Committed Person
Printed on Recycled Paper
DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

ON AUGUST 02, 2017, LATER THAT SAME DAY ORANGE CRUSH SHOOK DOWN NU-6-GALLERY, WHERE THEY TOOK ME (INMATES) TO THE CHAPEL CUFFED BEHIND MY BACK. I ASKED CRUSH OFFICER BELIEVED TO BE HOLDER (HELMENT "62") IF HE COULD FRONT CUFF ME BECAUSE OF MY BROKEN FINGER AND BEING FORCED TO SIT WITH HANDS BEHIND BACK CAUSING CHRONIC PAIN TO MY FINGER AND BACK. WHEN I SHOWED CRUSH OFFICER (HOLDER, "62") MY SPLINTED FINGER HE TOOK MY SPLINT AND WOULD NOT FRONT CUFF ME, I THEN ASKED TO SEE THE NURSE WHERE HE TOLD ME TO SHUT THE FUCK UP AND WALKED OFF.

UPON RETURNING TO MY CELL TWO (2) HOURS LATER, I FOUND OUT CRUSH TOOK MY PRESCRIBED I.B.U.S AND EXTRA TAPE AND YOUNG COMPRESSOR GIVEN TO ME BY NURSE EARLIER THAT DAY. LEAVING ME WITH NO PAIN MEDICATION, NO SUPPORT FOR FINGER (SAME SHIFT SPLINT) OR ANY WAY TO RE-FILL PRESCRIBED I.B.U. FOR NECK INJURY.

AFTER CRUSH SHOOK DOWN ON AUGUST 02, 2017, I SAW THE EXTRA MEDICAL TAPE AND YOUNG COMPRESSOR THAT THE NURSE GAVE ME EARLIER THAT DAY ON THE GALLERY FLOOR, I STOPPED 1/2 MULHOLAND SHOWED HIM MY BROKEN FINGER AND ASKED TO GRAB THE MAKE SHIFT SPLINT OFF THE GALLERY FOR ME, AND TO TAKE ME TO HEALTHCARE SO I COULD GET PAIN MEDICATION BECAUSE CRUSH TOOK IT ALL, 1/2 MULHOLAND ACKNOWLEDGED MY FINGER LOOKED BROKEN AND THEN TOLD ME HE DOES NOT HAVE TIME AND I WOULD JUST HAVE TO SUFFER, THEN HE WALKED OFF AND REFUSED TO DO ANYTHING AT ALL.

ON AUGUST 03, 2017, THE N-6-CELL HOUSE WAS STILL ON LEVEL ONE LOCKDOWN, WHERE 1/2 MULHOLAND WAS PASSING OUT LUNCH TRAYS, UPON GIVING ME A TRAY I AGAIN REQUESTED MEDICAL CARE, WHERE I WAS THREATENED BY 1/2 MULHOLAND OF FUTURE/FUTURE RETALIATION (I.E. IDEAS INSINUATING ACTION) IF I KEPT ASKING FOR MEDICAL CARE, AND THAT I WOULD NOT BE RECEIVING MEDICAL CARE BECAUSE I LIKE TO SUE CORRECTIONAL OFFICERS. 1/2 MULHOLAND NEVER GOT ME MEDICAL CARE AND DID NOT TRY TO GET ME MEDICAL CARE AT ALL.

ON AUGUST 03, 2017, I PLACED WITHIN NU-6-GALLERY'S INSTITUTIONAL MAIL ADDRESSED TO HEALTHCARE ANOTHER MEDICAL REQUEST SLIP HAND WRITTEN REGARDING BROKEN FINGER AND CRUSH TAKING PAIN MEDS FOR NECK AND MAKE SHIFT SPLINT FOR FINGER ALONG WITH RE-ASRIVATED INJURY DO TO CRUSH, AND ME NOT BEING ABLE TO GET I.B.U. REFILL BECAUSE CRUSH TOOK WHAT I NEED TO TURN IN TO GET REFILL.

ON AUGUST 06, 2017, PER, REQUEST SLIP OF AUGUST 03, 2017, I WAS SEEN BY A JANE DOE ████ CELL HOUSE NURSE, IN HOUSE NU-CELL HOUSE ON THE 7am-3pm SHIFT, WHERE SHE PUT ME IN FOR MY I.B.U RE-FILL, AND IN FOR MY NECK, AND FOR MY BROKEN FINGER, SHE ALSO GAVE ME A 3-DAY SUPPLY OF IBU'S TO HOLD ME OVER, AND TOLD ME IT WOULD BE A WHILE BEFORE I WOULD BE SEEN BY A DOCTOR OR GET X-RAYS BECAUSE THE TWO (2) DOCTOR'S ARE NEVER HERE (AT MENARD).

BETWEEN JULY 29, 2017, THE DAY MY FINGER GOT BROKEN THROUGHOUT THIS PRESENT DATE OF AUGUST 11, 2017, I HAVE CONTINUALLY REQUESTED MEDICAL CARE FOR ALL ABOVE ISSUES, BY REQUEST██ OF CELL HOUSE STAFF, OFFICERS, NURSES, SGT'S, LT'S, COUNSLER CLISCOP AND OTHER JOHN AND JANE DOE'S, 2,3a1-, ALL TO NO AVAIL.

AS OF AUGUST 11, 2017, IT HAS BEEN 14 DAYS WITHOUT ADEQUATE MEDICAL ANY CARE, OR PAIN MEDICATION FOR A BROKEN FINGER OR OTHER MEDICAL NEEDS LISTED ABOVE. (END)

## RELIEF REQUESTED:

① FINGER TO BE SET AND SPLINTED AFTER X-RAYS;

② TO RECEIVE PAIN MEDICATION; AS WAS PRESCRIBED MY RE-FILL;

③ HANDLES BE PLACED ON INSIDE OF CELL DOORS TO PREVENT FUTURE INCIDENTS, OR STAFF TO OPEN AND CLOSE CELL DOORS TO PREVENT FUTURE INCIDENTS INSTEAD OF PUTTING GRIEVANT/INMATE IN POSITION TO USE CELL DOOR WITH NO HANDLES MAKING A SAFETY HAZARD FOR ME AND OTHER INMATES;

④ TO STOP DENYING ME AND INMATES ACCESS TO HEALTH CARE (i.e DOCTOR) AND OTHER MEDICAL NEEDS WHEN ON LOCKDOWN.

## THIS GRIEVANCE IS IN PREPERATION FOR LITIGATION

MUL
EX #6
2-2

MLi
47

HEALTH CARE                                        08/14/2017

    I HAVE CONTINUALY REQUESTED CARE
FOR NECK, AND BROKEN FINGER ~~REQUE~~ AND
RE-FILL OF IBU'S PRESCRIBED FOR NECK
FOR AT LEAST 2 WEEKS ALL TO NO AVAIL
I HAVE NOT RECEIVED IBU'S OR SEEN A
DOCTOR, AND I HAVE FILED GRIEVANCES TO NO AVAIL

    08/14/2017                    /s/ _____
                                          BELTZ #S-03210
                                          NU-612

MUL
EX #8
1-1

MUL
50

```
OERCP101                          ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE: 205
                                           Offender 360
                                      PRINTED SCHED. CALL PASS              RUN DATE: 8/15/2017

                                                                           RUN TIME: 10:21:32 AM
```

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

        IDOC: S03210 BENTZ,DAVID R              Maximum    A   Moderate        MEN:MEN:NU:06:12:U1
    PRIMARY: UNASSIGNED ,PARTICIPANT-MEN710040009


DESTINATION:                        DAY: 8/16/2017    AT:
                                                      8:00:00
                                                      AM

    PASS TYPE: PERSONAL PROPERTY
    COMMENTS: NU Legal Exchange
    AUTHORIZED: Chris Sanders


    CELL HOUSE SIGNATURE:    _____        TIME: ____:____
    DESTINATION SIGNATURE:   _____        TIME: ____:____
           EXIT SIGNATURE:   _____        TIME: ____:____
         RETURN SIGNATURE:   _____        TIME: ____:____

                                                                MUL
                                                               EX #9
                                                               1-1        MUL
                                                                          51

CERCP101                          ILLINOIS DEPARTMENT OF CORRECTIONS        PAGE: 204
                                          Offender 360
                                    PRINTED SCHED. CALL PASS                RUN DATE: 8/15/2017

                                                                           RUN TIME: 10:21:32 AM

          

                         ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

                                  OFFENDER CALL PASS ISSUED

        IDOC: S03210 BENTZ,DAVID R                    Maximum     A    Moderate        MEN:MEN:NU:06:12:U1
      PRIMARY: UNASSIGNED ,PARTICIPANT-MEN710040609


DESTINATION: NU
                                      DAY: 8/16/2017    AT:
                                                       7:30:00
                                                       AM
    PASS TYPE: NURSE PRACTITIONER
    COMMENTS: M. Moldenhauer NP/Done in Cell House/Must Honor
  AUTHORIZED: Christa Mahnken


    CELL HOUSE SIGNATURE:     _____        TIME: ____:____
  DESTINATION SIGNATURE:      _____        TIME: ____:____
         EXIT SIGNATURE:      _____        TIME: ____:____
       RETURN SIGNATURE:      _____        TIME: ____:____

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MENARD CORRECTIONAL   Center

Offender Information:

Bentz                    Placid                    ID#: 503210
Last Name              First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-16-17 | NP – S: asked for Rt ring finger inj. P: Percset | |
| | O: NSC 8/2 40 Rt ring finger | |
| | Slammed in cell door. | |
| | Painful for four days | |
| | then 8/6 c/o Neck pain – | |
| | Chronic Neck pain | |
| Hx | old – incident had | |
| from chart | Spinal X-ray 6/07 c̄ D.D.D. | |
| | was given Motrin by Dr. Siddiqui | |
| | MRI of Rt hand 2010 | |
| | Currently – Rt ring finger ⟶ | |
| A) NO SHOW ——— | | m. r. woldenhauer / RN/NP |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

MVL
EX #11
1-1

mVL
53

BENTZ MCC (MR) 0074

CALL PASS (HAND COPY)                    08/16/17
                                         730AM   NU-612
COMM= N.P. M. MOLDENHAUER
AUTH= CHRISTA MAHNKEN


    NOTE- S/O GROSS IN NU WOULD NOT LET ME SEE N.P. MOLD ENHAUER,
S/O K. MALE TOLD TO GO TO LEGAL EXCHANGE AND I WOULD BE ABLE TO SEE
N.P. MOLDENHAUER WHEN I CAME BACK BUT I NEVER WAS ALLOWED TO
SEE N.P. MOLDENHAUER OR OTHER MEDICAL STAFF FOR THIS CALL PASS
AND WAS DENIED BY S/O GROSS AND S/O K.MALE

MUL
EX#12
1-1

MUL
53

HEALTH CARE,                                    08/16/2017

①    I HAVE CHRONIC PAIN, SWELLING AND OTHER TO LEFT NECK

② CRUSH TOOK PRESCRIBED I.B.U'S AND OTHER MEDICAL THINGS, NOW I

CAN NOT GET MY REFILLS FOR NECK DISPITE CONTINUED REQUEST

③ ALSO HAVE BROKEN FINNGER CAUSING CHRONIC PAIN

BEMZ #S-03210

NU-612

MUL
EX# 93
1-1

MUL
55

HEALTH CARE                                    08/20/2017

1.) BROKEN LEFT RING FINGER (X-RAY) ECT...

2.) CHRONIC NECK PAIN, SWELLING, ECT... (M.R.I.) ECT...

3.) RIGHT HAND CHRONIC PAIN,

4.) RE-FILL OF I.B.U.'S PRESCRIPTION FROM OVER 3-WEEKS AGO TO NO AVAIL

5.) ALL ABOVE HAVE BEEN DENYED OF/REFUSED CARE FOR AT LEAST 3-WEEKS DISPITE CONTINUED COUNTLES REQUEST FOR CARE

DATE 08/20/2017                    /S/ _____

                                   DAVID BENTZ #S-03210
                                   NV-612

MUL
EX #14
1-1

MU
58

HEALTH CARE,                                    08/22/2017

(1) BROKEN LEFT RING FINGER, CHRONIC PAIN (X-RAY ECT...)

(2) CHRONIC NECK PAIN, SWELLING, ECT... (M.R.I. ECT...)

(3) RIGHT HAND CHRONIC PAIN

(4) RE-FILL OF I.B.U. PRESCRIPTION DENIE FROM OVER 3½ WEEKS AGO TO NO AVAIL

(5) ALL ABOVE I HAVE BEEN CONTINUALLY DENIED OF/REFUSED FOR AT LEAST 3½

WEEKS DISPITE CONTINUED/COUNTLESS REQUEST FOR CARE TO NO AVAIL.


DATE: 08/22/2017                    [signature] David Bentz #5-03210

                                    NV-612


                                    MUL
                                    EX#15
                                    1-1                    MUL
                                                           57

08/24/17

MUL
FIR NORTH/VCR/HMHU
I B.U, RE-FILES
AW EJ.—

MUL
EX #1-8
1-1

| OERCP101 | ILLINOIS DEPARTMENT OF CORRECTIONS<br>Offender 360<br>PRINTED SCHED. CALL PASS | PAGE: 136<br>RUN DATE: 8/23/2017<br>RUN TIME: 10:31:20 AM |
| --- | --- | --- |

ILLINOIS DEPARTMENT OF CORRECTIONS - CTS

OFFENDER CALL PASS ISSUED

IDOC: S03210 BENTZ,DAVID R          Maximum     A    Moderate          MEN:MEN:NO:06:12:01

PRIMARY: UNASSIGNED ,PARTICIPANT-MEN710040009

DESTINATION: North 1          DAY: 8/24/2017          AT:
                                                      12:00:0
                                                      0 PM

PASS TYPE: NURSE PRACTITIONER

COMMENTS: M. Moldenhauer NP/Done in Cell House/Must Honor

AUTHORIZED: Christa Mahnken

| CELL HOUSE SIGNATURE: | _____ | TIME: ___:____ |
| DESTINATION SIGNATURE: | _____ | TIME: ___:____ |
| EXIT SIGNATURE: | _____ | TIME: ___:____ |
| RETURN SIGNATURE: | _____ | TIME: ___:____ |

MUL
EX #1-8
1-1

HEALTHCARE,                                          08/28/2017

① SAW N.P. HE PRESCRIBED ME MUSLE RELAXERS AND
MOBIC (MELOXICAM). I HAVE NOT RECEIVED ANY MUSLE
RELAXERS, AND THE MOBIC I WANT CHANGED BACK TO I.B.U.S
600mg 3X PER DAY, DO TO THIS MOBIC INFLADING MY
NECK INJURY FOR SOME REASON AND NOT WORKING AT ALL
FOR ME. (FOR MY NECK OR BROKEN FINGER, PAIN)

DATE 08/28/2017                          /s/ [signature]
                                         DAVID BENTZ #S-03210
                                         NV-612

NUL
EX #1B          MUL
1-1             58

**COMMITTED PERSON'S GRIEVANCE**

SENT TO COUNSELOR ON 8/11 /2017 FOR MEDICAL HELP NE-622

| Date: 08/11/2017 | Committed Person: (Please Print) DAVID BENTZ | ID#: S-03210 |

| Present Facility: MENARD | Facility where grievance issue occurred: MENARD |

**NATURE OF GRIEVANCE:**

DENIAL OF MEDICAL CARE, PAIN MEDICATION, AND OTHER FOR BROKEN 4th RING FINGER ON LEFT

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability HAND, DELIBERATE
- [x] Other (specify) INDIFFERENCE, CRUEL AN UNUSUAL PUNISHMENT, STATE LAW AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS, AND OTHER MEDICAL RELATED ISSUES, AND RETALIATION

- [ ] Disciplinary Report: ____/____/____
  Date of Report        Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: THIS GRIEVANCE IS BEING BROUGHT AGAINST JOHN AND JANE DOE DIHLY RESPONDENTS' OF THE ILLINOIS DEPARTMENT OF CORRECTIONS (IDOC) ADMINISTRATIVE, SUPERVISORIAL, SECURITY, AND MEDICAL PERSONNEL (TO INCLUDE THOSE CONTRACTED FOR OR BY IDOC, AND WEXFORD HEALTH SERVICES AND WEXFORD) AND, IN THEIR PROFESSIONAL, INDIVIDUAL OR OFFICIAL CAPACITIES DO PROMULGATE, MONITOR TIE, TRAIN, CONCLUDE, ACQUIESCE, OR OTHERWISE DIRECT THIS GRIEVANT TO BE DEPRIVED OF MEDICAL CARE ACCESS, PAIN MEDICATION, AND OTHER FOR A EXTENDED PERIOD OF TIME, AND/OR FOR NO REVIEW AT ALL. THIS GRIEVANCE IS BEING SUBMITTED IN CONTEMPLATION OF AND PREPARATION FOR LITIGATION ALLEGING DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, DENIAL OF PRESCRIBED PAIN MEDICATION, DENIAL OF MEDICAL CARE, ALLEGING VIOLATIONS OF STATE LAW AND STATE AND FEDERAL CONSTITUTIONAL RIGHTS.

THIS GRIEVANCE ARISES FROM THE PAIN RESPONDENTS' DENYING THIS GRIEVANT OF MEDICAL CARE FOR A INJURY TO LEFT HAND, SPECIFICALY 4th RING FINGER ON LEFT HAND WHICH IS OBVIOUSLY BROKEN BY 45°'s OUT OF PLACE, AND DENIAL OF PAIN MEDICATION, AND DENIAL OF DOCTOR ORDERS.

ON JULY 29, 2017, I WAS RETURNING FROM EVENING YARD WHEN CLOSING MY CELL DOOR NU-612 MY LEFT HAND SOMEHOW GOT COUGHT IN THE DOOR AND BROKE MY LEFT HAND 4th FINGER (RING FINGER) WHERE MY FINGER BENT 45° IN A DIRECTION IT IS NOT TO BEND.

ON JULY 30, 2017, I PLACED WITHIN NU-CELL HOUSE A SICK CALL SLIP (WHO WRITTEN) REQUESTING MEDICAL CARE FOR MY BROKEN FINGER.

ON AUGUST 01, 2017 NU-CELL HOUSE WENT ON LEVEL-ONE LOCKDOWN, UNTIL AUGUST 07, 2017.

ON AUGUST 02, 2017, I WAS SEEN IN CELL HOUSE FOR ABOVE SICK CALL SLIP BY NU-CELL HOUSE JANE DOE NURSE, SHE TOLD ME MY FINGER LOOKED BROKEN, BUT TOLD ME SHE CAN NOT SEND ME TO HEALTH CARE _____ BECAUSE MENARD/WEXFORD WILL NOT LET HER BECAUSE THEY DO NOT CONSIDER MY BROKEN FINGER A SERIOUS ENOUGH ISSUE/MEDICAL NEED TO DO AN X-RAY AND/WOULD HAVE TO WAIT UNTIL WE COME OFF OF LOCKDOWN AS LOCKDOWN WAS THE REASON SHE COULD NOT SEND ME TO SEE A DOCTOR PER POLICIES, SHE GAVE ME A YOUNG COMPRESSOR AND TAPE TO KEEP MY FINGER STRGT (MAKE SHIFT SPLINT), I WAS ALREADY PRESCRIBED IDAUS FOR A PREVIOUS NECK INJURY, BUT

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _____ [signature] | S-03210 | 08,11,2017 |
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |

Date Received: 9 / 15 / 17

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: You are not entitled to medical care, medical care is a privilage that you do not receive when on lockdown and is a administrative decision.

| K Alsup | K Allsup CCII | 9 /19/ 17 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

| **EMERGENCY REVIEW** |

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| _____ | ____/____/____ |
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Committed Person

Page 1

MUL EX#7 1-2

Printed on Recycled Paper

DOC 0046 (Eff.10/2001) (Replaces DC 3657)

ARB 48

On August 03, 2017, later that same day Orange Crush shook down N1-6 Gallery, where they took me (inmates) to the chapel cuffed behind my back. I asked Crush officer (believed to be Holder (helmet #4)) if he could front cuff me because of my broken finger and being forced to sit with hands behind back causing chronic pain to my finger and neck, where I showed Crush officer (Holder "4") my splinted finger, he took my splint and would not front cuff me. I then asked to see the nurse where he told me to shut the fuck up and walked off.

Upon returning to my cell two (2) hours later, I found out Crush took my prescribed IBU's and extra sock and swng compressor given to me by nurse earlier that day. Leaving me with no pain medication, no support for finger (make shift splint) or any way to re-fill prescribed IBU's for neck injury.

After Crush shook down on August 03, 2017, I saw the extra medical tape and swng compressor that the nurse gave me earlier that day on the gallery floor, I stopped so.mul.hal1amd splinted him my broken finger and asked to grab the make shift splint off of the gallery for me, and to take me to healthcare so I could get pain medication because Crush took it all. So.mul.hal1amd acknowledged my finger looked broke-v and then told me he does not have time and I would not have to suffer, then me walked off and refused to do anything at all.

• On August 03, 2017, the N1-cell house was still on level one lockdown, where so.mul.hal1amd was passing out lunch trays. Upon giving me a tray I again requested medical care, where I was
• threatened by so.mul.hal1amd of further/future retaliation (ie. bogus disciplinary actions) if I kept asking for medical care, and that's would not be receiving medical care because I like to sue
• correctional officers. So.mul.hal1amd never got me medical care and did not try to get me medical care at all.

On August 03, 2017, I placed within N1-6 Gallery's institutional mail addressed to healthcare another medical request slip hand written regarding broken finger and Crush taking pain meds for neck and make shift splint for finger along with re-aggravated neck injury due to Crush, and me not being able to get I.B.U. re-fill because Crush took what I need to take it to to get refill.

On August 06, 2017, per. request slip of August 03, 2017 I was seen by a jane doe cell house nurse, in housing N1-cell house on the 7am-3pm shift, where she put me in for my I.B.U. re-fill, and in for my neck, and for my broken finger, she also gave me a 3-day supply of I.B.U.'s to hold me over, and told me it would be a while before I would be seen by a doctor or get x-rays because the two (2) doctors are never here (at Menard).

Between July 29, 2017, the day my finger got broken through this present date of August 11, 2017, I have continually requested medical care for all above issues, by request of cell house staff, officers, nurses, sgt's, lt's, c/o holder also and other john/jane doe's, all to no avail.

As of August 11, 2017, it has been 14 days without adequate and/or any care, or pain medication for a (my) broken finger or other medical needs listed above. (end)

## RELIEF REQUESTED:

① Finger to be set and splinted after x-rays;

② To receive pain medication; as was prescribed, my re-pill;

③ Handles be placed on inside of cell doors to prevent future incidents, or staff to open and close cell doors to prevent future incidents insted of putting Grievant/inmates in position to use cell door with no handles making a safety hazard for me and other inmates;

④ To stop denying me and inmates access to healthcare (ie. doctors) and other medical needs when on lockdown.

## THIS GRIEVANCE IS IN PREPARATION FOR LITIGATION

08/29/2017

CALL PASS (HARD COPY)          7:30AM   NU-612

COMM: X-RAY / IN HEALTHCARE

AUTH: CHRISTA MAHUREN

NOTE: PER L-RINE PARKER

MUL
EX#18
1-1

MUL
89

ONE RADIOLOGY

Normal, Illinois

August 30, 2017

PATIENT NAME: Bente, David

NUMBER: S03210

DATE OF BIRTH: 5/30/75

Ordered by: Moldenhauer

Menard Correctional Center

LEFT FOURTH FINGER, AP, AND OBLIQUE VIEWS    8/29/2017

CLINICAL INDICATION: Rule out fracture of the fourth finger.

COMPARISON: None.

FINDINGS:

There is an acute non-displaced fracture at the lateral base of the fourth middle phalanx. No dislocation is present. Mild soft tissue swelling adjacent to the fracture is seen.

Note is made of amputation of the mid and proximal phalanx of the 3rd finger which appears chronic. There is also a small ossific fragment adjacent to the distal proximal 3rd phalanx which is likely secondary to remote injury.

_____

P.   Javadi, M.D.

PJ:eg

Films from Menard Correctional Center

M.D. Review
Date    9 - 5 - 17
Doctor    mm.c.nabc
Pull Chart _____
See Patient _____
File _____

BENTZ MCC (MR) 0129

**ILLINOIS DEPARTMENT OF CORRECTIONS**

*SEE EX #31 P2-3*

## Offender Authorization for Payment

RECEIVED
SEP 05 REC'D

Posting Document # _____         Date  08/31/2017  By *Mailroom*

Offender Name  *BENTZ*_____   ID# *S-03210*___  Housing Unit  *NU-612*____

Pay to  *N/A*_____         .49

    Address  _____  × 2

    City, State, Zip  _____  98

The sum of _____ 00 _____ dollars and ____ 0 ____ cents charged to my trust fund

account, for the purpose of  *A/P/D PER 8/11/11 EMERG.  &  LEGAL MAIL  B(*)LINDENBERG #15-CV-131 (2)*

☒ I hereby authorize payment of postage for the attached mail.  ☐  I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature  _____          ID#  *S-03210*

Witness Signature  _____

**LEGAL MAIL**

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ 0 _____ dollars and ___ cents.   *Legal*   SEP - 5

Distribution:  Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006 )
(Replaces DC 828)

*Printed on Recycled Paper*

**MAILED OUT**

*T-6*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____     Date __08/31/17__

Offender Name __BELTZ__     ID# __5-03210__   Housing Unit __NV-612__

Pay to __LAW LIBRARY__

Address _____

City, State, Zip _____

The sum of _____ __00__ _____ dollars and __0.30__ cents charged to my trust fund
account, for the purpose of __COPIER BEV/MULHOLLAND__   __Cp of Griev + Pib Rev__

☐ I hereby authorize payment of postage for the attached mail.  ☐  I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature _____     ID# __5-03210__

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ __0__ dollars and _____ __0__ cents.

Distribution: Business Office, Offender
LL

DOC 0296 (Eff. 1/2008 )
(Replaces DC 826)

*Printed on Recycled Paper*

MVL
EX#28
1-1

ILLINOIS DEPARTMENT OF CORRECTIONS

HEALTH CARE                              08/31/2017

I HAVE FOR LAST MONTH PLUS BEEN REQUESTING
A M.R.I. FOR NECK INJURY AND FOR MUSLE RELAXER'S
TO NO AVAIL. AND BROKEN FINGER TO NO AVAIL
AND RIGHT HAND TO NO AVAIL

BENTZ # S-03210

NV-612

MUL
EX #22
1-1

MUL
64

09/02/17

CALL PASS (HAND COPY)                     12:00pm   NU-612

TYPE: DOCTOR CALL LINE

COMM: DR. SHAH/DONE IN HCU/MUST HONOR

AUTH: CHRISTA MAHVREU

NOTE: DO TO FAMILY (MR. DENTZ) COMPLAINT/FAMILY CONCERNS/E-MAIL

ON I.D.O.C. WEBSIGHT ON 09/01/17,

    FOR BROKEN L-RING FINGER, NECK, T RIGHT HAND, WAS TOLD

BY DR. SHAH HE WOULD NOT DO ANYTHING FOR L-RING FINGER, ~~ASK~~

TOLD WAS NOT BROKEN REFUSED PAIN MEDS, REFUSED MUSLE RELAXERS

HE REFUSED TO DO ANYTHING AT ALL.

MUL
EX#23
1-1

MUL
65

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional _____ Center

Offender Information:

| | | | |
|---|---|---|---|
| Bentz | David | | ID#: S03210 |
| Last Name | First Name | M.I. | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-25-17 840A | CMT note<br>S: " I was just seen<br>by the nurse practitioner<br>I dont need NSC anymore".<br>O: A&Ox3. Ym educated<br>if need NSC to drop<br>another kite, Ym voiced<br>understanding.<br>A: NSC | P: F/U PRN NSC |
| 8/29/17<br>10ᴬ | X-ray note<br>L hand done | B/L support OT |
| 9.2.17<br>125 98.5<br>98% 68<br>108/68 | MACC — Inj'y. ___<br>___ Fell to<br>(o) L hand ___ ___ no<br>___ ___ ___ ___ V.<br>___ ___ ___ ___ | ___ L elbow<br>(on icraton?)<br>Exercise |

MUL<br>EX#24<br>1-1<br>BENTZ MCC (MR) 0076<br>MUL<br>68 66<br>DOC 0064 Eff 9/2002

HEALTHCARE                                          09/03/2017

① CONTINUED ISSUES WITH BROKEN FINGER (ALL TO NO AVAIL)

② CONTINUED REQUEST FOR MUSLE RELAXERS FOR CHRONIC NECK ISSUES

SWELLING PAIN, VISION, OTHER (ALL TO NO AVAIL) (M.R.I)

③ RIGHT HAND INJURY ISSUES (ALL TO NO AVAIL)

ALL ABOVE REQUEST FOR LAST MONTH ALL TO NO AVAIL CONTINUED DENIAL OF CARE

DATE 09/03/2017                    /s/ _____

                                   BENTZ #S-03210

                                   NU-612

                            MUL        MUL
                          EX #25        67
                            1-1

<u>HEALTH CARE</u>,                          09/06/2017

① C RONIC PAIN TO BROKEN LEFT HAND RING FIRNGER
<u>NEED PAIN MEDS.</u>

② C RONIC PAIN <u>O NECK</u>, NEED P IN MEDS, MUSCLE RELAXERS,
M.R.I. TO DIOGNOSE WHATS WRONG

③ CHRONIC PAIN TO RIGHT HAND INJURY

/s/ Dal BR
BENTZ #S-03210
NU-612

MUL
EX#28
1-1

MUL
68

CRUSH NV-612
09/08/17

MUL

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Shakedown Record/Confiscated Contraband**

Exhibit No. _____
CLIC No. _____

Date: _____ Time: _____ ☐ a.m. ☐ p.m. Bldg. Area: _____

Living Area: _____ Occupied: ☐ Yes ☐ No

Violator: _____ No. _____

Violator: _____ No. _____

Was any contraband found? ☐ Yes ☐ No

Item(s) (Description and circumstances of discovery): _____

_____

_____

_____

_____

_____

_____

_____

Witness: _____

Disciplinary Report written: ☐ Yes ☐ No   Incident Report written: ☐ Yes ☐ No

Employee Signature                                    ☐ a.m. ☐ p.m.

Badge No. _____ Date _____ Time _____

Shift Supervisor: Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

☐ Major Contraband ☐ Minor Contraband: _____
                                                    Signature

Disposition: _____

Date: _____ Time: _____ ☐ a.m. ☐ p.m. Initials: _____

Receiving Custodian: Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

☐ Major Contraband ☐ Minor Contraband: _____
                                                    Custodian Signature

Chain-of-Custody after the Custodian has received the item

From: _____ To: _____

Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____

Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____

Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

From: _____ To: _____

Date Received: _____ Time: _____ ☐ a.m. ☐ p.m.

Final Disposition: _____

Date: _____ Custodian's Initials: _____

DOC0300 (Eff. 4/2008)
(Replaces DC 252)

Distribution: With Item (Tag); Supervisor; Employee; Disciplinary Report; Violator

HEALTH CARE,                                    09/08/2017

① CHRONIC PAIN TO BROKEN LEFT HAND RING FINNGER,
NEED PAIN MEDS.

② CHRONIC PAIN TO NECK, SWELLING, OTHER DO TO ORANGE
CRUSH SHAKEDOWN ON 09/08/17 OF NU-CELL HOUSE
AGRIVATING NECK INJURY, PAIN MEDS, MUSLE RELAXERS,
M.R.I. TO DIOGNOSE WHAT IS WRONG.

③ CHRONIC PAIN TO RIGHT HAND INJURY

/s/ Daniel R
BENTZ #S-03210
NU-612

MUL
EX#28
1-1

MUL
70